UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDA GARBER, et al.,

    Plaintiffs,

  v.

OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,

    Defendants.

12-CV-3704 (SAS)

**ECF Case**

### RULE 7.1 STATEMENT OF DEFENDANT NEW YORK YANKEES PARTNERSHIP

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the New York Yankees Partnership ("NYYP") hereby certifies that (1) NYYP is not a publicly held corporation and has not issued stock that is traded on a public exchange, (2) NYYP has a parent entity named YGE Holdings, LLC, a Delaware limited liability company that is not publicly held, and (3) no publicly held corporation owns 10% or more of the membership interests in NYYP.

Dated: June 20, 2012
   New York, New York

            /s/
            Christopher E. Duffy
            CDuffy@BSFLLP.com
            BOIES, SCHILLER & FLEXNER LLP
            575 Lexington Avenue, 7th Floor
            New York, New York 10022
            Telephone: 212-446-2300

            *Attorneys for Defendant*
            *New York Yankees Partnership*