UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THOMAS LAUMANN, FERNANDA GARBER, ROBERT SILVER, and PETER HERMAN, representing themselves and all others similarly situated, | ) ) ) ) ) ) | 12-cv-1817 (SAS) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL HOCKEY LEAGUE et al., | ) ) | |
| Defendants. | ) ) | |
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, and ROBERT SILVER, representing themselves and all others similarly situated, | ) ) ) ) ) ) | 12-cv-3704 (SAS) |
| Plaintiffs, | ) ) | |
| v. | ) ) | ECF Cases |
| OFFICE OF THE COMMISSIONER OF BASEBALL, et al., | ) ) ) | Electronically Filed |
| Defendants. | ) ) ) | |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINTS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants hereby move to dismiss the Complaints in *Laumann et al. v. National Hockey League et al.* and *Garber et al. v. Office of the Commissioner of Baseball et al.*  In support of this motion, Defendants submit herewith a Memorandum of Law as well as the Declarations of Paul M. Eckles and Thomas J. Ostertag.  Pursuant to the Court's Individual Rules and Procedures, the parties have

exchanged pre-motion letters, but Plaintiffs have declined to withdraw or amend their

Complaints.

Dated:  July 27, 2012

Respectfully submitted,

/s/ Shepard Goldfein_____
Shepard Goldfein
James A. Keyte
Paul M. Eckles
Matthew M. Martino
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036-6522
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
shepard.goldfein@skadden.com
james.keyte@skadden.com
paul.eckles@skadden.com
matthew.martino@skadden.com

*Attorneys for Defendants National Hockey League, NHL Enterprises, L.P., NHL Interactive Cyberenterprises, LLC, Chicago Blackhawk Hockey Team, Inc., Comcast-Spectacor, L.P., Hockey Western New York LLC, Lemieux Group, L.P., Lincoln Hockey LLC, New Jersey Devils LLC, New York Islanders Hockey Club, L.P. and San Jose Sharks, LLC*

/s/ Bradley I. Ruskin_____
Bradley I. Ruskin
Helene D. Jaffe
Jennifer R. Scullion
Robert D. Forbes
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York  10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
bruskin@proskauer.com
hjaffe@proskauer.com
jscullion@proskauer.com
rforbes@proskauer.com

Thomas J. Ostertag
Senior Vice President and General Counsel
Office of the Commissioner of Baseball
245 Park Avenue
New York, New York  10167
Telephone:  (212) 931-7855
Facsimile:  (212) 949-5653

*Attorneys for Defendants Office of the Commissioner of Baseball, Major League Baseball Enterprises Inc., MLB Advanced Media L.P., MLB Advanced Media, Inc., Athletics Investment Group, LLC, The Baseball Club of Seattle, L.L.P., Chicago White Sox, Ltd., Colorado Rockies Baseball Club, Ltd., The Phillies, Pittsburgh Baseball, Inc., and San Francisco Baseball Associates, L.P.*

| | |
|---|---|
| /s/ Stephen R. Neuwirth | /s/ Jonathan D. Schiller |
| Stephen R. Neuwirth | Jonathan D. Schiller |
| Richard I. Werder, Jr. | Alan Vickery |
| Ben M. Harrington | Christopher Duffy |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **BOIES, SCHILLER & FLEXNER LLP** |
| 51 Madison Avenue, 22nd Floor | 575 Lexington Avenue, 7th Floor |
| New York, New York  10010 | New York, New York  10022 |
| Telephone:  (212) 849-7000 | Telephone:  (212) 446-2300 |
| Facsimile:  (212) 849-7100 | Facsimile:  (212) 446-2350 |
| stephenneuwirth@quinnemanuel.com | jschiller@bsfllp.com |
| rickwerder@quinnemanuel.com | avickery@ bsfllp.com |
| benharrington@quinnemanuel.com | cduffy@bsfllp.com |
| *Attorneys for Defendants The Madison Square Garden Company and New York Rangers Hockey Club* | *Attorneys for Defendants New York Yankees Partnership and Yankees Entertainment & Sports Network, LLC* |
| /s/ Louis A. Karasik | /s/ Arthur J. Burke |
| Louis A. Karasik | Arthur J. Burke |
| Drew E. Paris | James W. Haldin |
| **ALSTON & BIRD LLP** | **DAVIS POLK & WARDWELL LLP** |
| 333 South Hope Street, 16th Floor | 450 Lexington Avenue |
| Los Angeles, California  90071-3004 | New York, New York  10017 |
| Telephone:  (213) 576-1148 | Telephone:  (212) 450-4000 |
| Facsimile:  (213) 576-1100 | Facsimile:  (212) 701-5800 |
| lou.karasik@alston.com | arthur.burke@davispolk.com |
| drew.paris@alston.com | james.haldin@davispolk.com |
| *Attorneys for Defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, DIRECTV Sports Net Pittsburgh, LLC a/k/a Root Sports Pittsburgh, DIRECTV Sports Net Rocky Mountain, LLC a/k/a Root Sports Rocky Mountain, and DIRECTV Sports Net Northwest, LLC a/k/a Root Sports Northwest* | *Attorneys for Defendants Comcast Corporation, Comcast SportsNet Philadelphia, L.P., Comcast SportsNet Mid-Atlantic L.P., Comcast SportsNet California, LLC, and Comcast SportsNet Chicago, LLC* |