```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FERNANDA GARBER et al.,
                                    :
            Plaintiffs,                       ORDER
                                    :
      -against-                            12 Civ. 3704 (SAS) (MHD)
                                    :
OFFICE OF THE COMMISSIONER OF
BASEBALL, MAJOR LEAGUE BASEBALL     :
ENTERPRISES INC. et al.,
                                    :
            Defendants.
------------------------------------x
THOMAS LAUMANN et al.,              :

            Plaintiffs,             :      12 Civ. 1817 (SAS) (MHD)

      -against-                     :

NATIONAL HOCKEY LEAGUE et al.,      :

            Defendants.             :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a hearing has been scheduled in the above-captioned actions on **THURSDAY, AUGUST 29, 2013 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       August 8, 2013

                                         SO ORDERED.

                                         _____
                                         MICHAEL H. DOLINGER
                                         UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Lou Karasik, Esq. <Lou.Karasik@alston.com>
Christopher Duffy, Esq. <Cduffy@BSFLLP.com>
Jennifer R. Scullion, Esq. <jscullion@proskauer.com>
Arthur J. Burke, Esq. <arthur.burke@davispolk.com>
Stephen Neuwirth, Esq. <stephenneuwirth@quinnemanuel.com>
Paul M. Eckles, Esq. <Paul.Eckles@skadden.com>
Shepard Goldfein, Esq. <Shepard.Goldfein@skadden.com>
Ben Harrington, Esq. <benharrington@quinnemanuel.com>
James W. Haldin, Esq. <james.haldin@davispolk.com>
Deborah Brown, Esq. <deborahbrown@quinnemanuel.com>
Alan Vickery, Esq. <Avickery@BSFLLP.com>
Bradley I. Ruskin, Esq. <Bruskin@proskauer.com>
David Ata, Esq. <Data@BSFLLP.com>

Howard I. Langer, Esq. <hlanger@langergrogan.com>

Edward A. Diver, Esq. <ndiver@langergrogan.com>
Michael Morris Buchman, Esq. <Mbuchman@motleyrice.com>