```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FERNANDA GARBER et al.,             :
                                            9/30/13
         Plaintiffs,                :       ORDER

         -against-                  :       12 Civ. 3704 (SAS) (MHD)

OFFICE OF THE COMMISSIONER OF       :
BASEBALL, MAJOR LEAGUE BASEBALL
ENTERPRISES INC. et al.,            :

         Defendants.                :
------------------------------------x
THOMAS LAUMANN et al.,              :

         Plaintiffs,                :       12 Civ. 1817 (SAS) (MHD)

         -against-                  :

NATIONAL HOCKEY LEAGUE et al.,      :

         Defendants.                :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, DECEMBER 16, 2013, at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       September 30, 2013

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Kevin M. Costello, Esq.
costello@kkcllp.com

Adam G. Kurtz, Esq.
agkurtz@pomlaw.com

Edward A. Diver, Esq.
ndiver@langergrogan.com

Gary E. Klein, Esq.
klein@kkcllp.com

Howard I. Langer, Esq.
hlanger@langergrogan.com

Marc Ian Gross, Esq.
migross@pomlaw.com

Michael M. Buchman, Esq.
mbuchman@pomlaw.com

Peter E. Leckman, Esq.
pleckman@langergrogan.com

Shepard Goldfein, Esq.
sgoldfei@skadden.com

James A. Keyte, Esq.
james.keyte@skadden.com

Matthew Michael Martino, Esq.
Email: mamartin@skadden.com

Paul Madison Eckles, Esq.
pmeckles@skadden.com

Deborah K. Brown, Esq.
deborahbrown@quinnemanuel.com

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com

Richard I. Werder, Jr. , Esq.
rickwerder@quinnemanuel.com

Stephen R. Neuwirth, Esq.
stephenneuwirth@quinnemanuel.com

Ben Michael Harrington, Esq.
benharrington@quinnemanuel.com

Andrew E. Paris, Esq.
drew.paris@alston.com

Brian D. Boone, Esq.
brian.boone@alston.com

Joann M. Wakana, Esq.
joann.wakana@alston.com

Louis A. Karasik, Esq.
lou.karasik@alston.com

Amber C. Wessels, Esq.
amber.wessels@alston.com

Stephanie A. Jones, Esq.
stephanie.jones@alston.com

Arthur J. Burke, Esq.
arthur.burke@dpw.com

James William Haldin, Esq.
james.haldin@dpw.com

Bradley I. Ruskin, Esq.
bruskin@proskauer.com

Carl Clyde Forbes, Esq.
cforbes@proskauer.com

Helene Debra Jaffe, Esq.
hjaffe@proskauer.com

Jennifer R. Scullion, Esq.
jscullion@proskauer.com

Robert Davis Forbes, Esq.
rforbes@proskauer.com

Alan Borden Vickery, Esq.
avickery@bsfllp.com

Christopher Emmanuel Duffy, Esq.
cduffy@bsfllp.com

Jonathan David Schiller, Esq.
jschiller@bsfllp.com

Thomas Joseph Ostertag, Esq.
tom.ostertag@mlb.com