BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

February 25, 2014

**VIA ECF**

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Garber v. Office of the Commissioner of Baseball*, No. 12-3704 (SAS)

Your Honor:

      We write on behalf of defendants New York Yankees Partnership (the "Yankees") and the Yankees Entertainment & Sports Network, LLC (the "YES Network") to advise the Court that the Yankees and the YES Network, like the other defendants in this action, intend to move for summary judgment on all pending claims filed by plaintiffs in this action.

      The grounds for our anticipated motions are included within the letters submitted today by the Major League Baseball defendants, the Comcast defendants, and the DirecTV defendants. Rather than restate the relevant arguments here, we respectfully refer the Court and the plaintiffs to those letters.

                                  Respectfully submitted,

                                    Christopher E. Duffy

cc:    Arthur J. Burke (attorney for Comcast defendants)
       Edward A. Diver (attorney for plaintiffs)
       Andrew E. Paris (attorney for DirecTV defendants)
       Jennifer R. Scullion (attorney for Major League Baseball defendants)
       (all via ECF)