PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K GARRISON   (1946-1991)
RANDOLPH E PAUL   (1946-1956)
SIMON H RIFKIND   (1950-1995)
LOUIS S WEISS   (1927-1950)
JOHN F WHARTON   (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601 OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020 PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7340

WRITER'S DIRECT FACSIMILE
202-204-7395

WRITER'S DIRECT E-MAIL ADDRESS
bwilkinson@paulweiss.com

August 27, 2014

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Protective Order in *Garber, et al. v. Office of the Commissioner of Baseball, et al.*, No. 12-CV-3704 (SAS)

Dear Judge Scheindlin:

    On August 19, 2014, I entered an appearance in the above-referenced action on behalf of Defendant Yankees Entertainment & Sports Network, LLC. As counsel of record for this party, I write to inform the Court and the other parties that I have read and understand the Stipulated Protective Order concerning the treatment of information produced in discovery, entered by the Court on January 28, 2013 (Dkt. No. 130), as well as the Memorandum & Order entered by Magistrate Judge Dolinger on September 12, 2013 regarding the handling of Specially Protected Materials (Dkt. No. 176).

    I have enclosed a signed copy of Exhibit A to the Stipulated Protective Order, affirming my understanding of and agreement to abide by the terms of the Orders.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Sincerely,

s/Beth A. Wilkinson

Beth A. Wilkinson

Enclosure

cc:   All counsel of record (via ECF)

Doc#: US1:9574399v1