UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDA GARBER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>　　　　　　Defendants. | 12-CV-3704 (SAS)<br><br>**ECF Case** |

**DEFENDANT NEW YORK YANKEES PARTNERSHIP'S NOTICE OF JOINDER IN MOTION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Pursuant to the Court's prior permission (Dkt. No. 331), defendant New Yankees Partnership hereby formally joins in the pending motion for leave to appeal pursuant to 28 U.S.C. § 1292(b) filed by the Office of the Commissioner of Baseball, *et al.* (Dkt. No. 327).

Dated: September 9, 2014　　　　　　BOIES, SCHILLER & FLEXNER LLP
　　　　　New York, New York

　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　Jonathan D. Schiller (JSchiller@BSFLLP.com)
　　　　　　　　　　　　　　　　　Alan B. Vickery (AVickery@BSFLLP.com)
　　　　　　　　　　　　　　　　　Christopher E. Duffy (CDuffy@BSFLLP.com)
　　　　　　　　　　　　　　　　　575 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　Tel: 212-446-2300

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　*New York Yankees Partnership*