USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAUMANN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL HOCKEY LEAGUE, et al., <br><br> Defendants | 12-cv-1817 (SAS) |
| FERNANDA GARBER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, et al., <br><br> Defendants | 12-cv-3704 (SAS) <br><br> ECF Cases |

**[PROPOSED] ORDER RE FILING OF NON-ORIGINAL SIGNATURES UNDER SEAL**

WHEREAS, Plaintiffs in the above-captioned cases will file certain papers under seal in connection with their motion for class certification, Defendants' *Daubert* motion, and any related motions pertaining to Defendants' expert witnesses;

NOW, THEREFORE, the Clerk of the Court is directed to permit the Plaintiffs to file such papers, under seal, in their respective cases without original signatures.

SO ORDERED, at New York, New York,

December 29, 2014

_____
Hon. Shira A. Scheindlin
United States District Judge