REDACTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAUMANN,<br>ROBERT SILVER, GARRETT TRAUB,<br>And DAVID DILLON, representing<br>themselves and all others similarly situated,<br><br>                Plaintiffs<br><br>                v.<br><br>NATIONAL HOCKEY LEAGUE, *et al.*<br><br>                Defendants | CA No. 12-1817 (SAS)<br>ECF Case |
| FERNANDA GARBER, MARC LERNER,<br>DEREK RASMUSSEN, ROBERT SILVER,<br>GARRETT TRAUB, and PETER HERMAN,<br>representing themselves and all others similarly<br>situated,<br><br>                Plaintiffs<br><br>                v.<br><br>OFFICE OF THE COMMISSIONER OF<br>BASEBALL, *et al.*<br><br>                Defendants | CA No. 12-3704 (SAS)<br>ECF Case |

**SUPPLEMENTAL DECLARATION OF JANUSZ A. ORDOVER**

1.     My name is Janusz A. Ordover.  I submitted a declaration in this matter on November 12, 2014 ("Ordover Declaration"), in which I set forth my opinions concerning the absence of common impact and the fundamental flaws in the impact and damages analysis of Plaintiffs' expert Dr. Roger Noll, and otherwise responding to Dr. Noll's declarations (the "Noll Declaration" of February 18, 2014, and the "Noll Supplemental Declaration" of September 19, 2014).[1]

2.     I submit this declaration in response to the declaration of Dr. Noll, submitted on December 29, 2014 ("Noll Reply Declaration"), which reflects his third model of impact and damages.

3.     My principal opinions and conclusions, as set forth in my prior declaration, as to the absence of common impact and the fundamental flaws in Dr. Noll's models of impact and damages are unchanged by the Noll Reply Declaration or by his third model.  Below I discuss certain updated analyses that I have performed.

4.     Exhibits IV.1, IV.2, and VI.2 to my prior declaration summarize the results of my analyses that demonstrated the absence of common impact using Dr. Noll's second model. Exhibits 1, 2, and 3 to this declaration summarize the results of the same analyses but using Dr. Noll's third model.  Based on these results, my conclusions remain unchanged that the BFW League Package price would be higher than the OMP price in the actual world and that Dr. Noll's analysis fails to demonstrate common impact.

5.     Like Dr. Noll's earlier models, his third model does not provide a reliable methodology for assessing damages and impact from the challenged conduct.  Among other things, it conflates the price effect of the challenged territorial exclusivity with the price effect of

---

[1] This declaration adopts the same definitions and terminology as in the Ordover Declaration.

2

content exclusivity, which Plaintiffs do not challenge.

6. I previously opined that the predictions of demand for RSN standalone offerings in Dr. Noll's second model were implausible and skewed his results.[2] Exhibits 4 and 5 to this declaration show predictions made by Dr. Noll's third model. These results show that Dr. Noll's third model also yields implausible predictions, including implausible predictions about the demand by the three subscriber types that Dr. Noll models.[3]

7. Dr. Noll's third model introduces price competition among RSN standalone offerings in the BFW. But that competition, and the intensity of that competition assumed by Dr. Noll's third model, is not supported by viewership data or any other empirical evidence. In fact, my analysis of the OMP viewership data indicates that OMP subscribers tend not to consider live telecasts of games not involving their favorite team as close substitutes for the live game telecasts involving their favorite team.[4] The unfounded assumptions by Dr. Noll's third model about competition in the BFW provide yet another indication that the model is unreliable.

---

[2] *See* Ordover Declaration ¶¶ 75-81.

[3] *See* Noll Reply Declaration at 37 (dividing consumers into three categories: (i) 1-RSN fans, "who are interested in only one RSN/team" and "derive no value from watching any RSN other than their favorite;" (ii) 2-RSN fans, "who are fans of two RSNs" for whom "all other RSNs viewing time produces no value"; and (iii) "fans of the game," who are "interested in at least three teams, and perhaps more").

[4] *See* Ordover Declaration ¶¶ 57-61.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2 day of February, 2015.

_____
Janusz A. Ordover

# EXHIBITS

**Exhibit 1: Decentralized RSN-League Negotiations over RSN Feed Fee in the BFW***

| | MLB Internet RSN Feed Fee in BFW | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.15 | $0.16 | **$0.17** | $0.18 | $0.19 | $0.20 | $0.21 | $0.22 | $0.23 | $0.24 | $0.25 |
| **% of RSN-League feed fee negotiations for which increasing the RSN feed fee by $0.01 increases the sum of the profits of the individual RSN and the League** | 100% | 100% | **100%** | 97% | 93% | 87% | 63% | 53% | 43% | 40% | 33% |

| | NHL Internet RSN Feed Fee in BFW | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.25 | $0.26 | $0.27 | $0.28 | **$0.29** | $0.30 | $0.31 | $0.32 | $0.33 | $0.34 | $0.35 |
| **% of RSN-League feed fee negotiations for which increasing the RSN feed fee by $0.01 increases the sum of the profits of the individual RSN and the League** | 100% | 100% | 100% | 100% | **100%** | 93% | 63% | 50% | 40% | 33% | 30% |

| | DIRECTV MLB RSN Feed Fee in BFW | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.30 | **$0.31** | $0.32 | $0.33 | $0.34 | $0.35 | $0.36 | $0.37 | $0.38 | $0.39 | $0.40 |
| **% of RSN-League feed fee negotiations for which increasing the RSN feed fee by $0.01 increases the sum of the profits of the individual RSN and the League** | 100% | **100%** | 90% | 73% | 67% | 63% | 50% | 40% | 37% | 23% | 23% |

* Based on Dr. Noll's model predictions of the BFW but with the marginal costs adjusted to reflect the RSN feed fee.

**Exhibit 2: BFW League Package Prices, Demand, and Revenues* with Decentralized Negotiations Minimum RSN Feed Fees**



* Based on Dr. Noll's model predictions of the BFW but with the marginal costs adjusted to reflect the RSN feed fee. MLB Internet RSN feed fee: $0.17, NHL Internet RSN feed fee: $0.29, DIRECTV MLB RSN feed fee: $0.31 per team per month per subscriber. The displayed amounts are comparable to Exhibits 2A, 2B, and 2C of the Noll Reply Declaration.

**Exhibit 3: BFW Pricing and Profit Implications of Alternative RSN Feed Fees**



Note: Dr. Noll assumes that the per subscriber BFW license fee is $0.00.

**Exhibit 4A. MLB Internet Noll Reply Model BFW Market Shares by Subscriber Type***

| Team | 1-RSN | 2-RSN | "Fan of the game" |
|---|---|---|---|
| Angels (Los Angeles) | 0.27% | 0.50% | 1.31% |
| Astros (Houston) | 0.04% | 0.12% | 1.59% |
| Athletics (Oakland) | 0.16% | 0.34% | 1.47% |
| Blue Jays (Toronto) | 0.12% | 0.26% | 1.68% |
| Braves (Atlanta) | 0.47% | 0.66% | 1.05% |
| Brewers (Milwaukee) | 0.11% | 0.23% | 1.63% |
| Cardinals (St. Louis) | 0.41% | 0.63% | 1.13% |
| Cubs (Chicago) | 0.23% | 0.46% | 1.34% |
| Diamondbacks (Arizona) | 0.10% | 0.23% | 1.61% |
| Dodgers (Los Angeles) | 0.52% | 0.78% | 1.07% |
| Giants (San Francisco) | 0.44% | 0.62% | 1.17% |
| Indians (Cleveland) | 0.12% | 0.25% | 1.59% |
| Mariners (Seattle) | 0.14% | 0.26% | 1.56% |
| Marlins (Miami) | 0.08% | 0.19% | 1.66% |
| Mets (New York) | 0.28% | 0.48% | 1.24% |
| Nationals (Washington) | 0.21% | 0.44% | 1.32% |
| Orioles (Baltimore) | 0.25% | 0.44% | 1.29% |
| Padres (San Diego) | 0.11% | 0.23% | 1.64% |
| Phillies (Philadelphia) | 0.49% | 0.72% | 1.14% |
| Pirates (Pittsburgh) | 0.19% | 0.38% | 1.43% |
| Rangers (Texas) | 0.22% | 0.39% | 1.29% |
| Rays (Tampa Bay) | 0.17% | 0.36% | 1.48% |
| Red Sox (Boston) | 0.64% | 0.91% | 0.99% |
| Reds (Cincinnati) | 0.21% | 0.35% | 1.39% |
| Rockies (Colorado) | 0.07% | 0.17% | 1.70% |
| Royals (Kansas City) | 0.07% | 0.16% | 1.64% |
| Tigers (Detroit) | 0.46% | 0.70% | 1.15% |
| Twins (Minnesota) | 0.14% | 0.29% | 1.56% |
| White Sox (Chicago) | 0.18% | 0.33% | 1.45% |
| Yankees (New York) | 0.99% | 1.33% | 0.77% |
| Bundle | 3.79% | 3.05% | 0.49% |
| Total Share | 11.66% | 16.25% | 41.80% |
| Bundle/Total Share | 32.50% | 18.77% | 1.17% |
| Subscriber Type % of Market | 21.22% | 39.45% | 39.34% |

* The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model (baseline BFW assumptions) out of total subscribers of that type.

**Exhibit 4B. NHL Internet Noll Reply Model BFW Market Shares by Subscriber Type***

| Team | 1-RSN | 2-RSN | "Fan of the game" |
| --- | --- | --- | --- |
| Ducks (Anaheim) | 0.15% | 0.25% | 0.84% |
| Bruins (Boston) | 0.22% | 0.34% | 0.64% |
| Sabres (Buffalo) | 0.21% | 0.31% | 0.72% |
| Hurricanes (Carolina) | 0.14% | 0.23% | 0.94% |
| Flames (Calgary) | 0.17% | 0.26% | 0.92% |
| Blackhawks (Chicago) | 0.22% | 0.36% | 0.57% |
| Blue Jackets (Columbus) | 0.10% | 0.19% | 1.06% |
| Avalanche (Colorado) | 0.14% | 0.24% | 0.94% |
| Stars (Dallas) | 0.15% | 0.21% | 0.83% |
| Red Wings (Detroit) | 0.28% | 0.38% | 0.45% |
| Oilers (Edmonton) | 0.17% | 0.26% | 0.96% |
| Panthers (Florida) | 0.15% | 0.23% | 0.92% |
| Kings (Los Angeles) | 0.20% | 0.30% | 0.65% |
| Wild (Minnesota) | 0.13% | 0.22% | 0.98% |
| Canadians (Montreal) | 0.15% | 0.26% | 0.98% |
| Devils (New Jersey) | 0.18% | 0.26% | 0.73% |
| Predators (Nashville) | 0.13% | 0.21% | 0.96% |
| Islanders (New York) | 0.15% | 0.22% | 0.87% |
| Rangers (New York) | 0.20% | 0.31% | 0.64% |
| Senators (Ottawa) | 0.13% | 0.24% | 1.05% |
| Flyers (Philadelphia) | 0.26% | 0.34% | 0.51% |
| Coyotes (Arizona) | 0.13% | 0.23% | 0.96% |
| Penguins (Pittsburgh) | 0.28% | 0.38% | 0.38% |
| Sharks (San Jose) | 0.19% | 0.28% | 0.75% |
| Blues (St. Louis) | 0.17% | 0.24% | 0.79% |
| Lightning (Tampa Bay) | 0.11% | 0.18% | 1.08% |
| Maple Leafs (Toronto) | 0.19% | 0.30% | 0.82% |
| Canucks (Vancouver) | 0.22% | 0.38% | 0.69% |
| Jets (Winnipeg) | 0.12% | 0.26% | 1.06% |
| Capitals (Washington) | 0.20% | 0.34% | 0.63% |
| Bundle | 1.55% | 1.15% | 0.16% |
| Total Share | 6.78% | 9.34% | 24.49% |
| Bundle/Total Share | 22.85% | 12.33% | 0.67% |
| Subscriber Type % of Market | 51.21% | 21.09% | 27.70% |

* The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model (baseline BFW assumptions) out of total subscribers of that type.

**Exhibit 4C. DIRECTV MLB Noll Reply Model BFW Market Shares by Subscriber Type***

| Team | 1-RSN | 2-RSN | "Fan of the game" |
|---|---|---|---|
| Angels (Los Angeles) | 0.20% | 0.33% | 0.97% |
| Astros (Houston) | 0.12% | 0.19% | 1.00% |
| Athletics (Oakland) | 0.18% | 0.33% | 0.96% |
| Blue Jays (Toronto) | 0.14% | 0.27% | 1.14% |
| Braves (Atlanta) | 0.31% | 0.42% | 0.75% |
| Brewers (Milwaukee) | 0.11% | 0.20% | 1.15% |
| Cardinals (St. Louis) | 0.21% | 0.32% | 0.90% |
| Cubs (Chicago) | 0.17% | 0.31% | 0.96% |
| Diamondbacks (Arizona) | 0.10% | 0.19% | 1.14% |
| Dodgers (Los Angeles) | 0.31% | 0.50% | 0.80% |
| Giants (San Francisco) | 0.20% | 0.29% | 0.98% |
| Indians (Cleveland) | 0.15% | 0.28% | 1.03% |
| Mariners (Seattle) | 0.11% | 0.23% | 1.11% |
| Marlins (Miami) | 0.13% | 0.22% | 1.11% |
| Mets (New York) | 0.21% | 0.33% | 0.87% |
| Nationals (Washington) | 0.28% | 0.48% | 0.77% |
| Orioles (Baltimore) | 0.22% | 0.31% | 0.91% |
| Padres (San Diego) | 0.18% | 0.26% | 1.04% |
| Phillies (Philadelphia) | 0.31% | 0.44% | 0.83% |
| Pirates (Pittsburgh) | 0.11% | 0.21% | 1.11% |
| Rangers (Texas) | 0.18% | 0.28% | 0.90% |
| Rays (Tampa Bay) | 0.21% | 0.36% | 0.95% |
| Red Sox (Boston) | 0.30% | 0.44% | 0.81% |
| Reds (Cincinnati) | 0.18% | 0.27% | 0.96% |
| Rockies (Colorado) | 0.11% | 0.19% | 1.16% |
| Royals (Kansas City) | 0.10% | 0.18% | 1.12% |
| Tigers (Detroit) | 0.25% | 0.36% | 0.90% |
| Twins (Minnesota) | 0.13% | 0.25% | 1.09% |
| White Sox (Chicago) | 0.14% | 0.26% | 1.03% |
| Yankees (New York) | 0.57% | 0.83% | 0.52% |
| Bundle | 2.36% | 1.93% | 0.32% |
| Total Share | 8.27% | 11.48% | 29.26% |
| Bundle/Total Share | 28.55% | 16.80% | 1.11% |
| Subscriber Type % of Market | 42.88% | 21.63% | 35.49% |

* The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model (baseline BFW assumptions) out of total subscribers of that type.

**Exhibit 5A. MLB Internet Noll Reply Model Market Shares and Profits**[**]

| Team | Price * | Market Share | | | | Profit * |
|---|---|---|---|---|---|---|
| | | 1-RSN Type | 2-RSN Type | Fan of the Game | All Types | |
| Angels (Los Angeles) | $20.05 | 0.09% | 0.18% | 0.62% | 0.34% | $750,777 |
| Astros (Houston) | $20.05 | 0.01% | 0.04% | 0.59% | 0.25% | $557,356 |
| Athletics (Oakland) | $20.05 | 0.05% | 0.12% | 0.63% | 0.30% | $679,523 |
| Blue Jays (Toronto) | $20.05 | 0.04% | 0.08% | 0.67% | 0.30% | $674,726 |
| Braves (Atlanta) | $20.05 | 0.18% | 0.27% | 0.60% | 0.38% | $848,432 |
| Brewers (Milwaukee) | $20.05 | 0.04% | 0.07% | 0.64% | 0.29% | $646,765 |
| Cardinals (St. Louis) | $20.05 | 0.16% | 0.25% | 0.62% | 0.37% | $836,456 |
| Cubs (Chicago) | $20.05 | 0.08% | 0.16% | 0.62% | 0.32% | $727,305 |
| Diamondbacks (Arizona) | $20.05 | 0.03% | 0.08% | 0.64% | 0.29% | $646,200 |
| Dodgers (Los Angeles) | $20.05 | 0.20% | 0.32% | 0.62% | 0.41% | $926,050 |
| Giants (San Francisco) | $20.05 | 0.16% | 0.24% | 0.63% | 0.37% | $839,297 |
| Indians (Cleveland) | $20.05 | 0.04% | 0.08% | 0.64% | 0.29% | $652,023 |
| Mariners (Seattle) | $20.05 | 0.04% | 0.09% | 0.63% | 0.29% | $653,178 |
| Marlins (Miami) | $20.05 | 0.02% | 0.06% | 0.63% | 0.28% | $618,419 |
| Mets (New York) | $20.05 | 0.11% | 0.17% | 0.60% | 0.33% | $731,593 |
| Nationals (Washington) | $20.05 | 0.07% | 0.16% | 0.61% | 0.32% | $710,443 |
| Orioles (Baltimore) | $20.05 | 0.09% | 0.16% | 0.61% | 0.32% | $719,135 |
| Padres (San Diego) | $20.05 | 0.04% | 0.07% | 0.65% | 0.29% | $651,333 |
| Phillies (Philadelphia) | $20.05 | 0.19% | 0.29% | 0.64% | 0.41% | $910,321 |
| Pirates (Pittsburgh) | $20.05 | 0.06% | 0.14% | 0.63% | 0.32% | $708,923 |
| Rangers (Texas) | $20.05 | 0.08% | 0.14% | 0.59% | 0.30% | $672,883 |
| Rays (Tampa Bay) | $20.05 | 0.06% | 0.12% | 0.64% | 0.31% | $694,509 |
| Red Sox (Boston) | $20.05 | 0.26% | 0.40% | 0.64% | 0.46% | $1,041,436 |
| Reds (Cincinnati) | $20.05 | 0.06% | 0.12% | 0.60% | 0.29% | $660,151 |
| Rockies (Colorado) | $20.05 | 0.02% | 0.05% | 0.64% | 0.28% | $619,744 |
| Royals (Kansas City) | $20.05 | 0.02% | 0.05% | 0.62% | 0.27% | $606,348 |
| Tigers (Detroit) | $20.05 | 0.17% | 0.28% | 0.64% | 0.40% | $889,668 |
| Twins (Minnesota) | $20.05 | 0.05% | 0.09% | 0.64% | 0.30% | $671,405 |
| White Sox (Chicago) | $20.05 | 0.06% | 0.11% | 0.62% | 0.30% | $671,197 |
| Yankees (New York) | $20.05 | 0.46% | 0.67% | 0.60% | 0.60% | $1,341,156 |
| Bundle | $20.05 | 2.94% | 2.56% | 0.70% | 1.91% | $4,035,430 |
| Total | | 5.87% | 7.60% | 19.44% | 11.89% | $26,392,184 |
| | | | | | | |
| Actual World Bundle | $20.05 | | | | 3.60% | $7,592,925 |

* Per month

** Based on predictions by Dr. Noll's third model if the standalone RSN offerings and the OMP were sold at the actual world OMP price. The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model out of total subscribers of that type.

**Exhibit 5B. NHL Internet Noll Reply Model Market Shares and Profits**[**]

| Team | Price [*] | Market Share | | | | Profit [*] |
|---|---|---|---|---|---|---|
| | | 1-RSN Type | 2-RSN Type | Fan of the Game | All Types | |
| Ducks (Anaheim) | $26.28 | 0.03% | 0.06% | 0.24% | 0.09% | $69,938 |
| Bruins (Boston) | $26.28 | 0.05% | 0.09% | 0.24% | 0.11% | $83,304 |
| Sabres (Buffalo) | $26.28 | 0.05% | 0.07% | 0.25% | 0.11% | $79,421 |
| Hurricanes (Carolina) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $68,074 |
| Flames (Calgary) | $26.28 | 0.03% | 0.05% | 0.25% | 0.10% | $73,212 |
| Blackhawks (Chicago) | $26.28 | 0.06% | 0.10% | 0.24% | 0.11% | $84,152 |
| Blue Jackets (Columbus) | $26.28 | 0.02% | 0.04% | 0.24% | 0.08% | $61,420 |
| Avalanche (Colorado) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $68,287 |
| Stars (Dallas) | $26.28 | 0.03% | 0.05% | 0.22% | 0.09% | $65,210 |
| Red Wings (Detroit) | $26.28 | 0.09% | 0.13% | 0.25% | 0.14% | $102,136 |
| Oilers (Edmonton) | $26.28 | 0.04% | 0.05% | 0.25% | 0.10% | $73,044 |
| Panthers (Florida) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $69,633 |
| Kings (Los Angeles) | $26.28 | 0.05% | 0.08% | 0.23% | 0.11% | $78,375 |
| Wild (Minnesota) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $66,355 |
| Canadians (Montreal) | $26.28 | 0.03% | 0.05% | 0.25% | 0.10% | $70,339 |
| Devils (New Jersey) | $26.28 | 0.04% | 0.06% | 0.23% | 0.10% | $72,694 |
| Predators (Nashville) | $26.28 | 0.02% | 0.05% | 0.24% | 0.09% | $65,101 |
| Islanders (New York) | $26.28 | 0.03% | 0.04% | 0.23% | 0.09% | $66,272 |
| Rangers (New York) | $26.28 | 0.05% | 0.08% | 0.23% | 0.11% | $78,314 |
| Senators (Ottawa) | $26.28 | 0.02% | 0.05% | 0.25% | 0.09% | $67,515 |
| Flyers (Philadelphia) | $26.28 | 0.08% | 0.10% | 0.24% | 0.13% | $94,143 |
| Coyotes (Arizona) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $67,983 |
| Penguins (Pittsburgh) | $26.28 | 0.10% | 0.15% | 0.24% | 0.15% | $109,143 |
| Sharks (San Jose) | $26.28 | 0.04% | 0.06% | 0.24% | 0.10% | $75,595 |
| Blues (St. Louis) | $26.28 | 0.04% | 0.05% | 0.24% | 0.10% | $71,355 |
| Lightning (Tampa Bay) | $26.28 | 0.02% | 0.04% | 0.24% | 0.08% | $62,660 |
| Maple Leafs (Toronto) | $26.28 | 0.04% | 0.07% | 0.25% | 0.11% | $78,619 |
| Canucks (Vancouver) | $26.28 | 0.05% | 0.09% | 0.25% | 0.12% | $86,806 |
| Jets (Winnipeg) | $26.28 | 0.02% | 0.05% | 0.25% | 0.09% | $68,385 |
| Capitals (Washington) | $26.28 | 0.05% | 0.09% | 0.24% | 0.11% | $82,039 |
| Bundle | $26.28 | 1.24% | 1.02% | 0.28% | 0.93% | $651,249 |
| Total Share | | 2.48% | 2.99% | 7.54% | 3.99% | $2,910,775 |
| | | | | | | |
| Actual World Bundle | $26.28 | | | | 1.64% | $1,152,263 |

[*] Per month

[**] Based on predictions by Dr. Noll's third model if the standalone RSN offerings and the OMP were sold at the actual world OMP price. The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model out of total subscribers of that type.

**Exhibit 5C. DIRECTV MLB Noll Reply Model Market Shares and Profits**[**]

| Team | Price * | Market Share | | | | Profit * |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1-RSN Type | 2-RSN Type | Fan of the Game | All Types | |
| Angels (Los Angeles) | $33.59 | 0.06% | 0.10% | 0.38% | 0.18% | $678,927 |
| Astros (Houston) | $33.59 | 0.04% | 0.06% | 0.36% | 0.16% | $586,432 |
| Athletics (Oakland) | $33.59 | 0.06% | 0.10% | 0.38% | 0.18% | $686,365 |
| Blue Jays (Toronto) | $33.59 | 0.04% | 0.07% | 0.41% | 0.18% | $663,495 |
| Braves (Atlanta) | $33.59 | 0.10% | 0.15% | 0.37% | 0.21% | $778,373 |
| Brewers (Milwaukee) | $33.59 | 0.03% | 0.05% | 0.39% | 0.16% | $613,532 |
| Cardinals (St. Louis) | $33.59 | 0.07% | 0.11% | 0.38% | 0.19% | $695,568 |
| Cubs (Chicago) | $33.59 | 0.05% | 0.09% | 0.38% | 0.18% | $666,888 |
| Diamondbacks (Arizona) | $33.59 | 0.03% | 0.06% | 0.39% | 0.16% | $611,365 |
| Dodgers (Los Angeles) | $33.59 | 0.10% | 0.18% | 0.38% | 0.22% | $812,492 |
| Giants (San Francisco) | $33.59 | 0.06% | 0.09% | 0.38% | 0.18% | $675,508 |
| Indians (Cleveland) | $33.59 | 0.05% | 0.09% | 0.39% | 0.18% | $666,814 |
| Mariners (Seattle) | $33.59 | 0.03% | 0.07% | 0.39% | 0.17% | $621,144 |
| Marlins (Miami) | $33.59 | 0.03% | 0.06% | 0.39% | 0.17% | $620,428 |
| Mets (New York) | $33.59 | 0.07% | 0.11% | 0.37% | 0.18% | $684,544 |
| Nationals (Washington) | $33.59 | 0.09% | 0.17% | 0.37% | 0.21% | $783,031 |
| Orioles (Baltimore) | $33.59 | 0.07% | 0.10% | 0.38% | 0.18% | $688,970 |
| Padres (San Diego) | $33.59 | 0.05% | 0.07% | 0.40% | 0.18% | $677,210 |
| Phillies (Philadelphia) | $33.59 | 0.11% | 0.15% | 0.40% | 0.22% | $820,149 |
| Pirates (Pittsburgh) | $33.59 | 0.03% | 0.06% | 0.39% | 0.16% | $616,090 |
| Rangers (Texas) | $33.59 | 0.06% | 0.09% | 0.36% | 0.17% | $639,989 |
| Rays (Tampa Bay) | $33.59 | 0.06% | 0.11% | 0.39% | 0.19% | $714,634 |
| Red Sox (Boston) | $33.59 | 0.10% | 0.16% | 0.40% | 0.22% | $822,262 |
| Reds (Cincinnati) | $33.59 | 0.05% | 0.08% | 0.37% | 0.17% | $640,548 |
| Rockies (Colorado) | $33.59 | 0.03% | 0.05% | 0.39% | 0.16% | $611,713 |
| Royals (Kansas City) | $33.59 | 0.03% | 0.05% | 0.38% | 0.16% | $593,551 |
| Tigers (Detroit) | $33.59 | 0.08% | 0.12% | 0.39% | 0.20% | $746,660 |
| Twins (Minnesota) | $33.59 | 0.04% | 0.08% | 0.39% | 0.17% | $646,295 |
| White Sox (Chicago) | $33.59 | 0.04% | 0.08% | 0.38% | 0.17% | $630,303 |
| Yankees (New York) | $33.59 | 0.24% | 0.39% | 0.37% | 0.32% | $1,196,844 |
| Bundle | $33.59 | 1.89% | 1.68% | 0.49% | 1.35% | $4,767,045 |
| Total | | 3.78% | 4.83% | 11.97% | 6.91% | $25,657,169 |
| Actual World Bundle | $33.59 | | | | 2.59% | $9,163,911 |

* Per month

** Based on predictions by Dr. Noll's third model if the standalone RSN offerings and the OMP were sold at the actual world OMP price. The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model out of total subscribers of that type.