```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
------------------------------------------------X   DATE FILED: 3/15/15

THOMAS LAUMANN, ROBERT SILVER,
GARRETT TRAUB, and DAVID DILLON,
representing themselves and all other similarly
situated,                                               ORDER

               Plaintiffs,                          12-cv-1817 (SAS)

        - against -

NATIONAL HOCKEY LEAGUE, et al.,

               Defendants.


------------------------------------------------X

MARC LERNER, DEREK RASMUSSEN, and
GARRETT TRAUB, representing themselves and all
other similarly situated,

               Plaintiffs,

        - against -                                 12-cv-3704 (SAS)

OFFICE OF THE COMMISSIONER OF BASEBALL,
et al.,

               Defendants.


------------------------------------------------X
```

SHIRA A. SCHEINDLIN, U.S.D.J.:

I have reviewed the defendants' letter motion for reconsideration dated March 13, 2015 and the plaintiffs' response dated March 14, 2015. There is

1

merit to be found in both submissions. Plaintiffs correctly note that, in fact, *all* of Dr. Ordover's written submissions will be considered by the Court in determining both the *Daubert* challenge to Dr. Noll and the motion for class certification. The only remaining issue is the extent his *live* testimony will be helpful to the Court. In that regard, the purpose of the March 12 Order was merely to ensure that the three days allotted for the combined *Daubert* and class certification hearing would be efficient and as helpful to the Court as possible. To the extent that the Court failed to perceive the ways in which Dr. Ordover's testimony would address issues that will not be addresses by Dr. Pakes, I hereby amend my Order to allow such testimony. This Order supersedes the March 12 Order. Defendants are permitted to proffer testimony from Dr. Ordover that is not duplicative of any testimony by Dr. Pakes, that does not summarize declarations or depositions of fact witnesses, and that does not instruct the Court on the governing law. No other restrictions are imposed.

       The parties are directed to jointly propose a time-line by close of business on March 16 as to the time allocation for opening statements, closing arguments and each live witness who will testify at the three day hearing. The Court will sit from 10 am to 4:30 pm each day with approximately a 10 minute morning recess, a one hour lunch recess, and a 5 minute afternoon recess. Below is

an example, and merely an example, of the joint submission.

**DAY 1:**

Opening Statements: 10 am. - 11 am (30 minutes for plaintiffs, 30 minutes to be shared by defendants

Witness Testimony:
11 am - 1 pm (Direct examination of Dr. Noll) (includes 10 min. morning recess)
2 pm - 3 pm (Cross examination of Dr. Noll)
3:00 - 3:30 (Re-direct of Dr. Noll)
3:30-4:30 (Direct examination of Dr. Pakes)

**DAY 2:**

Witness Testimony (continued): Dr. Pakes, Dr. McFadden, Dr. Ordover

**DAY 3:**

Witness Testimony (continued): Dr. Ordover, Dr. Noll (rebuttal)

Closing Arguments: 2:30-4:30

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      March 15, 2015
            New York, New York

3

- **Appearances** -

**For Plaintiffs:**

Edward A. Diver, Esq.
Howard I. Langer, Esq.
Peter E. Leckman, Esq.
Langer Grogan & Diver, P.C.
Three Logan Square, Suite 4130
1717 Arch Street
Philadelphia, Pennsylvania 19103
(215) 320-5663

Kevin M. Costello, Esq.
Gary E. Klein, Esq.
Klein Kavanagh Costello, LLP
85 Merrimac St., 4th Floor
Boston, Massachusetts 02114
(617) 357-5034

Michael Morris Buchman, Esq.
John A. Ioannou, Esq.
Pomerantz Haudek Block Grossman & Gross LLP
600 Third Avenue
New York, New York 10016
(212) 661-1100

Alex Schmidt, Esq.
Mary Jane Fait, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Robert LaRocca, Esq.
Kohn, Swift & Graf, P.C.

One South Broad Street
Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700

J. Douglas Richards, Esq.
Jeffrey Dubner, Esq.
Cohen, Milstein, Sellers & Toll, PLLC
88 Pine Street
New York, New York 10005
(212) 838-7797

**For Defendants Office of the Commissioner of Baseball, Major League Baseball Enterprises Inc., MLB Advanced Media L.P., MLB Advanced Media, Inc., Athletics Investment Group, LLC, The Baseball Club of Seattle, L.L.P., Chicago White Sox, Ltd., Colorado Rockies Baseball Club, Ltd., The Phillies, Pittsburgh Baseball, Inc., and San Francisco Baseball Associates, L.P.**

Bradley I. Ruskin, Esq.
Carl Clyde Forbes, Esq.
Helene Debra Jaffe, Esq.
Jennifer R. Scullion, Esq.
Robert Davis Forbes, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York 10036
(212) 969-3465

Thomas J. Ostertag, Esq.
Senior Vice President and General Counsel
Office of the Commissioner of Baseball
245 Park Avenue
New York, New York 10167
(212) 931-7855

**For Defendants National Hockey League, NHL Enterprises, L.P., NHL**

**Interactive Cyberenterprises, LLC, Chicago Blackhawk Hockey Team, Inc., Comcast-Spectacor, L.P., Hockey Western New York LLC, Lemieux Group, L.P., Lincoln Hockey LLC, New Jersey Devils LLC, New York Islanders Hockey Club, L.P. and San Jose Sharks, LLC**

Shepard Goldfein, Esq.
James A. Keyte, Esq.
Paul M. Eckles, Esq.
Matthew M. Martino, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

**For Defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, DIRECTV Sports Net Pittsburgh, LLC a/k/a Root Sports Pittsburgh, DIRECTV Sports Net Rocky Mountain, LLC a/k/a Root Sports Rocky Mountain, and DIRECTV Sports Net Northwest, LLC a/k/a Root Sports Northwest**

Andrew E. Paris, Esq.
Joann M. Wakana, Esq.
Louis A. Karasik, Esq.
Alston & Bird LLP
333 South Hope Street
Los Angeles, California 90071
(213) 576-1000

**For Defendants Comcast Corporation, Comcast SportsNet Philadelphia, L.P., Comcast SportsNet Mid-Atlantic L.P., Comcast SportsNet California, LLC, and Comcast SportsNet Chicago, LLC**

Arthur J. Burke, Esq.
James W. Haldin, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

**For Yankees Entertainment and Sports Networks, LLC and New York Yankees Partnership**

Jonathan D. Schiller, Esq.
Alan Vickery, Esq.
Christopher Duffy, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 446-2300

**For Defendants The Madison Square Garden Company and New York Rangers Hockey Club**

Stephen R. Neuwirth, Esq.
Richard I. Werder, Jr., Esq.
Ben M. Harrington, Esq.
Quinn Emanuel Urquhart Oliver and Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000