UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICES
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————— x



The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and trial support staff are authorized to bring the Personal Electronic Devices and the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the actions captioned *Laumann v. National Hockey League, et al.*, No. 12-1817 (SAS) and *Garber v. Office of the Commissioner of Baseball, et al.*, No. 12-3704 (SAS). The dates for which such authorization is provided are March 17, 2015 through March 19, 2015.

| Attorney/Support Staff | Device(s) |
|---|---|
| 1. Andrew DeLaney | 1 Blackberry; 1 Laptop |
| 2. Andrew Paris | 1 iPhone; 1 iPad with Keyboard; 1 Laptop |
| 3. Art Burke | 1 Blackberry; 1 Laptop |
| 4. Beth Wilkinson | 1 iPhone; 1 iPad; 1 Blackberry |
| 5. Bradley Ruskin | 1 iPad; 1 iPhone |
| 6. Chris Duffy | 1 iPhone |
| 7. Dan Toal | 1 iPhone |
| 8. David Ata | 1 iPhone; 1 Laptop |
| 9. David Toscano | 1 iPhone |
| 10. Deborah Brown | 1 iPhone |
| 11. James Haldin | 1 iPhone |
| 12. James Keyte | 1 iPhone |

| | |
|---|---|
| 13. Jennifer Scullion | 1 iPhone |
| 14. Joe Simons | 1 Samsung Galaxy Smartphone; 1 Tablet Device; 1 Laptop Computer |
| 15. Katherine Marshall | 1 iPhone; 1 Lenovo Laptop; 1 Verizon Mi-Fi |
| 16. Ken Smurzynski | 1 iPhone; 1 Lenovo Laptop; 1 Verizon Mi-Fi |
| 17. Lou Karasik | 1 iPhone; 1 Laptop |
| 18. Matt Simmons | 1 iPhone; 2 Laptop Computers; 1 Blackberry Device; 1 Tablet Device |
| 19. Morgan Rohrhofer | 1 iPhone; 1 Laptop Computer; 1 Dell Latitude Laptop; 2 External Hard Drives |
| 20. Paul Eckles | 1 iPhone |
| 21. Samantha Bateman | 1 iPhone |
| 22. Shep Goldfein | 1 iPhone; 1 iPad |
| 23. Steve Groo | 1 iPhone; 2 Laptop Computers; 1 Blackberry Device; 1 Tablet Device |

The attorneys and support staff identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

DATED: March 16, 2015

Shira A. Scheindlin
United States District Judge

2