REDACTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAUMANN, ROBERT SILVER, GARRETT TRAUB, And DAVID DILLON, representing themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, *et al.*<br><br>Defendants | CA No. 12-1817 (SAS)<br>ECF Case |
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, ROBERT SILVER, GARRETT TRAUB, and PETER HERMAN, representing themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, *et al.*<br><br>Defendants | CA No. 12-3704 (SAS)<br>ECF Case |

**SECOND SUPPLEMENTAL DECLARATION OF JANUSZ A. ORDOVER**

1.       My name is Janusz A. Ordover. I submitted a declaration in this matter on November 12, 2014, in which I set forth my opinions concerning lack of common impact and the fundamental flaws in Dr. Noll's analysis of impact and damages, and otherwise responding to the declarations of Plaintiffs' expert Dr. Roger Noll (the "Noll Declaration" of February 18, 2014, and the "Noll Supplemental Declaration" of September 19, 2014).[1]  In response to the Reply Declaration of Roger G. Noll dated December 29, 2014 ("Noll Reply Declaration"), which reflected his third model of impact and damages, I submitted a supplemental declaration on February 2, 2015 ("Supplemental Declaration").

2.       I submit this declaration in response to the revised Reply Declaration of Roger G. Noll dated February 23, 2015 ("Revised Noll Reply Declaration") and the corrected model reflected in the accompanying backup materials.

3.       My principal opinions and conclusions, as set forth in my prior declarations, as to the lack of common impact and the fundamental flaws in Dr. Noll's models of impact and damages are unchanged by the Revised Noll Reply Declaration and accompanying corrected model.

4.       As described in my Supplemental Declaration, I performed analyses utilizing Dr. Noll's previous models that supported my conclusion that there is no common impact and demonstrated flaws in Dr. Noll's modeling.  I have updated my analyses in response to Dr. Noll's further revised declaration and model, which are reflected in Exhibits 1-5 of this declaration.[2]

---

[1] This declaration adopts the same definitions and terminology as in the Ordover Declaration.

[2] Dr. Noll's model only changed with regard to the DIRECTV MLB feed.  Therefore, Exhibits 4A, 4B, 5A, and 5B are unchanged from my previous declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  9  day of March, 2015.

_____
Janusz A. Ordover

# EXHIBITS

**Exhibit 1: Decentralized RSN-League Negotiations over RSN Feed Fee in the BFW***

**MLB Internet RSN Feed Fee in BFW**

| | $0.15 | $0.16 | **$0.17** | $0.18 | $0.19 | $0.20 | $0.21 | $0.22 | $0.23 | $0.24 | $0.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| % of RSN-League feed fee negotiations for which increasing the RSN feed fee by $0.01 increases the sum of the profits of the individual RSN and the League | 100% | 100% | **100%** | 97% | 93% | 87% | 63% | 53% | 43% | 40% | 33% |

**NHL Internet RSN Feed Fee in BFW**

| | $0.25 | $0.26 | $0.27 | $0.28 | **$0.29** | $0.30 | $0.31 | $0.32 | $0.33 | $0.34 | $0.35 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| % of RSN-League feed fee negotiations for which increasing the RSN feed fee by $0.01 increases the sum of the profits of the individual RSN and the League | 100% | 100% | 100% | 100% | **100%** | 93% | 63% | 50% | 40% | 33% | 30% |

**DIRECTV MLB RSN Feed Fee in BFW**

| | $0.30 | **$0.31** | $0.32 | $0.33 | $0.34 | $0.35 | $0.36 | $0.37 | $0.38 | $0.39 | $0.40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| % of RSN-League feed fee negotiations for which increasing the RSN feed fee by $0.01 increases the sum of the profits of the individual RSN and the League | 100% | **100%** | 97% | 83% | 73% | 57% | 57% | 43% | 33% | 27% | 20% |

* Based on Dr. Noll's model predictions of the BFW but with the marginal costs adjusted to reflect the RSN feed fee.

**Exhibit 2: BFW League Package Prices, Demand, and Revenues* with Decentralized Negotiations Minimum RSN Feed Fees**



* Based on Dr. Noll's model predictions of the BFW but with the marginal costs adjusted to reflect the RSN feed fee. MLB Internet RSN feed fee: $0.17, NHL Internet RSN feed fee: $0.29, DIRECTV MLB RSN feed fee: $0.31 per team per month per subscriber. The displayed amounts are comparable to Exhibits 2A, 2B, and 2C of the Noll Reply Declaration.

**Exhibit 3: BFW Pricing and Profit Implications of Alternative RSN Feed Fees**



Note: Dr. Noll assumes that the per subscriber BFW license fee is $0.00.

**Exhibit 4A. MLB Internet Noll Reply Model BFW Market Shares by Subscriber Type ***

| Team | 1-RSN | 2-RSN | "Fan of the game" |
|---|---|---|---|
| Angels (Los Angeles) | 0.27% | 0.50% | 1.31% |
| Astros (Houston) | 0.04% | 0.12% | 1.59% |
| Athletics (Oakland) | 0.16% | 0.34% | 1.47% |
| Blue Jays (Toronto) | 0.12% | 0.26% | 1.68% |
| Braves (Atlanta) | 0.47% | 0.66% | 1.05% |
| Brewers (Milwaukee) | 0.11% | 0.23% | 1.63% |
| Cardinals (St. Louis) | 0.41% | 0.63% | 1.13% |
| Cubs (Chicago) | 0.23% | 0.46% | 1.34% |
| Diamondbacks (Arizona) | 0.10% | 0.23% | 1.61% |
| Dodgers (Los Angeles) | 0.52% | 0.78% | 1.07% |
| Giants (San Francisco) | 0.44% | 0.62% | 1.17% |
| Indians (Cleveland) | 0.12% | 0.25% | 1.59% |
| Mariners (Seattle) | 0.14% | 0.26% | 1.56% |
| Marlins (Miami) | 0.08% | 0.19% | 1.66% |
| Mets (New York) | 0.28% | 0.48% | 1.24% |
| Nationals (Washington) | 0.21% | 0.44% | 1.32% |
| Orioles (Baltimore) | 0.25% | 0.44% | 1.29% |
| Padres (San Diego) | 0.11% | 0.23% | 1.64% |
| Phillies (Philadelphia) | 0.49% | 0.72% | 1.14% |
| Pirates (Pittsburgh) | 0.19% | 0.38% | 1.43% |
| Rangers (Texas) | 0.22% | 0.39% | 1.29% |
| Rays (Tampa Bay) | 0.17% | 0.36% | 1.48% |
| Red Sox (Boston) | 0.64% | 0.91% | 0.99% |
| Reds (Cincinnati) | 0.21% | 0.35% | 1.39% |
| Rockies (Colorado) | 0.07% | 0.17% | 1.70% |
| Royals (Kansas City) | 0.07% | 0.16% | 1.64% |
| Tigers (Detroit) | 0.46% | 0.70% | 1.15% |
| Twins (Minnesota) | 0.14% | 0.29% | 1.56% |
| White Sox (Chicago) | 0.18% | 0.33% | 1.45% |
| Yankees (New York) | 0.99% | 1.33% | 0.77% |
| Bundle | 3.79% | 3.05% | 0.49% |
| Total Share | 11.66% | 16.25% | 41.80% |
| Bundle/Total Share | 32.50% | 18.77% | 1.17% |
| Subscriber Type % of Market | 21.22% | 39.45% | 39.34% |

* The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model (baseline BFW assumptions) out of total subscribers of that type.

**Exhibit 4B. NHL Internet Noll Reply Model BFW Market Shares by Subscriber Type ***

| Team | 1-RSN | 2-RSN | "Fan of the game" |
|---|---|---|---|
| Ducks (Anaheim) | 0.15% | 0.25% | 0.84% |
| Bruins (Boston) | 0.22% | 0.34% | 0.64% |
| Sabres (Buffalo) | 0.21% | 0.31% | 0.72% |
| Hurricanes (Carolina) | 0.14% | 0.23% | 0.94% |
| Flames (Calgary) | 0.17% | 0.26% | 0.92% |
| Blackhawks (Chicago) | 0.22% | 0.36% | 0.57% |
| Blue Jackets (Columbus) | 0.10% | 0.19% | 1.06% |
| Avalanche (Colorado) | 0.14% | 0.24% | 0.94% |
| Stars (Dallas) | 0.15% | 0.21% | 0.83% |
| Red Wings (Detroit) | 0.28% | 0.38% | 0.45% |
| Oilers (Edmonton) | 0.17% | 0.26% | 0.96% |
| Panthers (Florida) | 0.15% | 0.23% | 0.92% |
| Kings (Los Angeles) | 0.20% | 0.30% | 0.65% |
| Wild (Minnesota) | 0.13% | 0.22% | 0.98% |
| Canadians (Montreal) | 0.15% | 0.26% | 0.98% |
| Devils (New Jersey) | 0.18% | 0.26% | 0.73% |
| Predators (Nashville) | 0.13% | 0.21% | 0.96% |
| Islanders (New York) | 0.15% | 0.22% | 0.87% |
| Rangers (New York) | 0.20% | 0.31% | 0.64% |
| Senators (Ottawa) | 0.13% | 0.24% | 1.05% |
| Flyers (Philadelphia) | 0.26% | 0.34% | 0.51% |
| Coyotes (Arizona) | 0.13% | 0.23% | 0.96% |
| Penguins (Pittsburgh) | 0.28% | 0.38% | 0.38% |
| Sharks (San Jose) | 0.19% | 0.28% | 0.75% |
| Blues (St. Louis) | 0.17% | 0.24% | 0.79% |
| Lightning (Tampa Bay) | 0.11% | 0.18% | 1.08% |
| Maple Leafs (Toronto) | 0.19% | 0.30% | 0.82% |
| Canucks (Vancouver) | 0.22% | 0.38% | 0.69% |
| Jets (Winnipeg) | 0.12% | 0.26% | 1.06% |
| Capitals (Washington) | 0.20% | 0.34% | 0.63% |
| Bundle | 1.55% | 1.15% | 0.16% |
| Total Share | 6.78% | 9.34% | 24.49% |
| Bundle/Total Share | 22.85% | 12.33% | 0.67% |
| Subscriber Type % of Market | 51.21% | 21.09% | 27.70% |

* The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model (baseline BFW assumptions) out of total subscribers of that type.

**Exhibit 4C. DIRECTV MLB Noll Reply Model BFW Market Shares by Subscriber Type ***

| Team | 1-RSN | 2-RSN | "Fan of the game" |
| --- | --- | --- | --- |
| Angels (Los Angeles) | 0.20% | 0.33% | 1.06% |
| Astros (Houston) | 0.15% | 0.25% | 1.04% |
| Athletics (Oakland) | 0.18% | 0.32% | 1.06% |
| Blue Jays (Toronto) | 0.13% | 0.25% | 1.25% |
| Braves (Atlanta) | 0.33% | 0.47% | 0.80% |
| Brewers (Milwaukee) | 0.13% | 0.25% | 1.21% |
| Cardinals (St. Louis) | 0.23% | 0.37% | 0.96% |
| Cubs (Chicago) | 0.16% | 0.27% | 1.09% |
| Diamondbacks (Arizona) | 0.11% | 0.21% | 1.22% |
| Dodgers (Los Angeles) | 0.33% | 0.53% | 0.88% |
| Giants (San Francisco) | 0.23% | 0.35% | 1.02% |
| Indians (Cleveland) | 0.15% | 0.28% | 1.15% |
| Mariners (Seattle) | 0.10% | 0.19% | 1.25% |
| Marlins (Miami) | 0.17% | 0.29% | 1.12% |
| Mets (New York) | 0.20% | 0.33% | 0.98% |
| Nationals (Washington) | 0.22% | 0.36% | 0.98% |
| Orioles (Baltimore) | 0.25% | 0.37% | 0.95% |
| Padres (San Diego) | 0.23% | 0.33% | 1.08% |
| Phillies (Philadelphia) | 0.34% | 0.47% | 0.91% |
| Pirates (Pittsburgh) | 0.15% | 0.28% | 1.14% |
| Rangers (Texas) | 0.19% | 0.32% | 0.97% |
| Rays (Tampa Bay) | 0.20% | 0.36% | 1.06% |
| Red Sox (Boston) | 0.34% | 0.49% | 0.87% |
| Reds (Cincinnati) | 0.22% | 0.33% | 0.99% |
| Rockies (Colorado) | 0.12% | 0.22% | 1.23% |
| Royals (Kansas City) | 0.11% | 0.21% | 1.18% |
| Tigers (Detroit) | 0.27% | 0.39% | 0.97% |
| Twins (Minnesota) | 0.15% | 0.29% | 1.15% |
| White Sox (Chicago) | 0.13% | 0.24% | 1.16% |
| Yankees (New York) | 0.68% | 0.97% | 0.54% |
| Bundle | 2.58% | 2.10% | 0.35% |
| Total Share | 8.99% | 12.42% | 31.60% |
| Bundle/Total Share | 28.73% | 16.88% | 1.12% |
| Subscriber Type % of Market | 44.62% | 18.45% | 36.93% |

* The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model (baseline BFW assumptions) out of total subscribers of that type.

**Exhibit 5A. MLB Internet Noll Reply Model Market Shares and Profits ^**

| Team | Price * | Market Share | | | | Profit * |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1-RSN Type | 2-RSN Type | Fan of the Game | All Types | |
| Angels (Los Angeles) | $20.05 | 0.09% | 0.18% | 0.62% | 0.34% | $750,777 |
| Astros (Houston) | $20.05 | 0.01% | 0.04% | 0.59% | 0.25% | $557,356 |
| Athletics (Oakland) | $20.05 | 0.05% | 0.12% | 0.63% | 0.30% | $679,523 |
| Blue Jays (Toronto) | $20.05 | 0.04% | 0.08% | 0.67% | 0.30% | $674,726 |
| Braves (Atlanta) | $20.05 | 0.18% | 0.27% | 0.60% | 0.38% | $848,432 |
| Brewers (Milwaukee) | $20.05 | 0.04% | 0.07% | 0.64% | 0.29% | $646,765 |
| Cardinals (St. Louis) | $20.05 | 0.16% | 0.25% | 0.62% | 0.37% | $836,456 |
| Cubs (Chicago) | $20.05 | 0.08% | 0.16% | 0.62% | 0.32% | $727,305 |
| Diamondbacks (Arizona) | $20.05 | 0.03% | 0.08% | 0.64% | 0.29% | $646,200 |
| Dodgers (Los Angeles) | $20.05 | 0.20% | 0.32% | 0.62% | 0.41% | $926,050 |
| Giants (San Francisco) | $20.05 | 0.16% | 0.24% | 0.63% | 0.37% | $839,297 |
| Indians (Cleveland) | $20.05 | 0.04% | 0.08% | 0.64% | 0.29% | $652,023 |
| Mariners (Seattle) | $20.05 | 0.04% | 0.09% | 0.63% | 0.29% | $653,178 |
| Marlins (Miami) | $20.05 | 0.02% | 0.06% | 0.63% | 0.28% | $618,419 |
| Mets (New York) | $20.05 | 0.11% | 0.17% | 0.60% | 0.33% | $731,593 |
| Nationals (Washington) | $20.05 | 0.07% | 0.16% | 0.61% | 0.32% | $710,443 |
| Orioles (Baltimore) | $20.05 | 0.09% | 0.16% | 0.61% | 0.32% | $719,135 |
| Padres (San Diego) | $20.05 | 0.04% | 0.07% | 0.65% | 0.29% | $651,333 |
| Phillies (Philadelphia) | $20.05 | 0.19% | 0.29% | 0.64% | 0.41% | $910,321 |
| Pirates (Pittsburgh) | $20.05 | 0.06% | 0.14% | 0.63% | 0.32% | $708,923 |
| Rangers (Texas) | $20.05 | 0.08% | 0.14% | 0.59% | 0.30% | $672,883 |
| Rays (Tampa Bay) | $20.05 | 0.06% | 0.12% | 0.64% | 0.31% | $694,509 |
| Red Sox (Boston) | $20.05 | 0.26% | 0.40% | 0.64% | 0.46% | $1,041,436 |
| Reds (Cincinnati) | $20.05 | 0.06% | 0.12% | 0.60% | 0.29% | $660,151 |
| Rockies (Colorado) | $20.05 | 0.02% | 0.05% | 0.64% | 0.28% | $619,744 |
| Royals (Kansas City) | $20.05 | 0.02% | 0.05% | 0.62% | 0.27% | $606,348 |
| Tigers (Detroit) | $20.05 | 0.17% | 0.28% | 0.64% | 0.40% | $889,668 |
| Twins (Minnesota) | $20.05 | 0.05% | 0.09% | 0.64% | 0.30% | $671,405 |
| White Sox (Chicago) | $20.05 | 0.06% | 0.11% | 0.62% | 0.30% | $671,197 |
| Yankees (New York) | $20.05 | 0.46% | 0.67% | 0.60% | 0.60% | $1,341,156 |
| Bundle | $20.05 | 2.94% | 2.56% | 0.70% | 1.91% | $4,035,430 |
| Total | | 5.87% | 7.60% | 19.44% | 11.89% | $26,392,184 |
| Actual World Bundle | $20.05 | | | | 3.60% | $7,592,925 |

* Per month

^ Based on predictions by Dr. Noll's third model if the standalone RSN offerings and the OMP were sold at the actual world OMP price. The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model out of total subscribers of that type.

**Exhibit 5B. NHL Internet Noll Reply Model Market Shares and Profits ^**

| Team | Price * | Market Share | | | | Profit * |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1-RSN Type | 2-RSN Type | Fan of the Game | All Types | |
| Ducks (Anaheim) | $26.28 | 0.03% | 0.06% | 0.24% | 0.09% | $69,938 |
| Bruins (Boston) | $26.28 | 0.05% | 0.09% | 0.24% | 0.11% | $83,304 |
| Sabres (Buffalo) | $26.28 | 0.05% | 0.07% | 0.25% | 0.11% | $79,421 |
| Hurricanes (Carolina) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $68,074 |
| Flames (Calgary) | $26.28 | 0.03% | 0.05% | 0.25% | 0.10% | $73,212 |
| Blackhawks (Chicago) | $26.28 | 0.06% | 0.10% | 0.24% | 0.11% | $84,152 |
| Blue Jackets (Columbus) | $26.28 | 0.02% | 0.04% | 0.24% | 0.08% | $61,420 |
| Avalanche (Colorado) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $68,287 |
| Stars (Dallas) | $26.28 | 0.03% | 0.05% | 0.22% | 0.09% | $65,210 |
| Red Wings (Detroit) | $26.28 | 0.09% | 0.13% | 0.25% | 0.14% | $102,136 |
| Oilers (Edmonton) | $26.28 | 0.04% | 0.05% | 0.25% | 0.10% | $73,044 |
| Panthers (Florida) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $69,633 |
| Kings (Los Angeles) | $26.28 | 0.05% | 0.08% | 0.23% | 0.11% | $78,375 |
| Wild (Minnesota) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $66,355 |
| Canadians (Montreal) | $26.28 | 0.03% | 0.05% | 0.25% | 0.10% | $70,339 |
| Devils (New Jersey) | $26.28 | 0.04% | 0.06% | 0.23% | 0.10% | $72,694 |
| Predators (Nashville) | $26.28 | 0.02% | 0.05% | 0.24% | 0.09% | $65,101 |
| Islanders (New York) | $26.28 | 0.03% | 0.04% | 0.23% | 0.09% | $66,272 |
| Rangers (New York) | $26.28 | 0.05% | 0.08% | 0.23% | 0.11% | $78,314 |
| Senators (Ottawa) | $26.28 | 0.02% | 0.05% | 0.25% | 0.09% | $67,515 |
| Flyers (Philadelphia) | $26.28 | 0.08% | 0.10% | 0.24% | 0.13% | $94,143 |
| Coyotes (Arizona) | $26.28 | 0.03% | 0.05% | 0.24% | 0.09% | $67,983 |
| Penguins (Pittsburgh) | $26.28 | 0.10% | 0.15% | 0.24% | 0.15% | $109,143 |
| Sharks (San Jose) | $26.28 | 0.04% | 0.06% | 0.24% | 0.10% | $75,595 |
| Blues (St. Louis) | $26.28 | 0.04% | 0.05% | 0.24% | 0.10% | $71,355 |
| Lightning (Tampa Bay) | $26.28 | 0.02% | 0.04% | 0.24% | 0.08% | $62,660 |
| Maple Leafs (Toronto) | $26.28 | 0.04% | 0.07% | 0.25% | 0.11% | $78,619 |
| Canucks (Vancouver) | $26.28 | 0.05% | 0.09% | 0.25% | 0.12% | $86,806 |
| Jets (Winnipeg) | $26.28 | 0.02% | 0.05% | 0.25% | 0.09% | $68,385 |
| Capitals (Washington) | $26.28 | 0.05% | 0.09% | 0.24% | 0.11% | $82,039 |
| Bundle | $26.28 | 1.24% | 1.02% | 0.28% | 0.93% | $651,249 |
| Total Share | | 2.48% | 2.99% | 7.54% | 3.99% | $2,910,775 |
| Actual World Bundle | $26.28 | | | | 1.64% | $1,152,263 |

\* Per month

^ Based on predictions by Dr. Noll's third model if the standalone RSN offerings and the OMP were sold at the actual world OMP price. The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model out of total subscribers of that type.

**Exhibit 5C. DIRECTV MLB Noll Reply Model Market Shares and Profits ^**

| Team | Price * | Market Share | | | | Profit * |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1-RSN Type | 2-RSN Type | Fan of the Game | All Types | |
| Angels (Los Angeles) | $33.59 | 0.06% | 0.10% | 0.42% | 0.20% | $749,797 |
| Astros (Houston) | $33.59 | 0.05% | 0.08% | 0.40% | 0.18% | $679,555 |
| Athletics (Oakland) | $33.59 | 0.06% | 0.10% | 0.42% | 0.20% | $752,739 |
| Blue Jays (Toronto) | $33.59 | 0.04% | 0.07% | 0.45% | 0.19% | $730,423 |
| Braves (Atlanta) | $33.59 | 0.11% | 0.17% | 0.41% | 0.23% | $874,473 |
| Brewers (Milwaukee) | $33.59 | 0.04% | 0.07% | 0.43% | 0.19% | $708,398 |
| Cardinals (St. Louis) | $33.59 | 0.08% | 0.13% | 0.42% | 0.21% | $792,306 |
| Cubs (Chicago) | $33.59 | 0.05% | 0.08% | 0.42% | 0.19% | $716,851 |
| Diamondbacks (Arizona) | $33.59 | 0.03% | 0.06% | 0.43% | 0.18% | $693,612 |
| Dodgers (Los Angeles) | $33.59 | 0.11% | 0.19% | 0.42% | 0.24% | $894,034 |
| Giants (San Francisco) | $33.59 | 0.07% | 0.11% | 0.42% | 0.21% | $780,158 |
| Indians (Cleveland) | $33.59 | 0.04% | 0.09% | 0.43% | 0.19% | $731,956 |
| Mariners (Seattle) | $33.59 | 0.03% | 0.06% | 0.43% | 0.18% | $671,346 |
| Marlins (Miami) | $33.59 | 0.05% | 0.09% | 0.43% | 0.20% | $734,918 |
| Mets (New York) | $33.59 | 0.06% | 0.11% | 0.40% | 0.20% | $740,179 |
| Nationals (Washington) | $33.59 | 0.07% | 0.12% | 0.41% | 0.20% | $763,275 |
| Orioles (Baltimore) | $33.59 | 0.08% | 0.12% | 0.41% | 0.21% | $790,142 |
| Padres (San Diego) | $33.59 | 0.07% | 0.10% | 0.44% | 0.21% | $790,796 |
| Phillies (Philadelphia) | $33.59 | 0.12% | 0.16% | 0.44% | 0.24% | $906,332 |
| Pirates (Pittsburgh) | $33.59 | 0.04% | 0.09% | 0.43% | 0.19% | $724,425 |
| Rangers (Texas) | $33.59 | 0.06% | 0.10% | 0.40% | 0.19% | $721,858 |
| Rays (Tampa Bay) | $33.59 | 0.06% | 0.11% | 0.43% | 0.21% | $774,893 |
| Red Sox (Boston) | $33.59 | 0.12% | 0.18% | 0.44% | 0.25% | $922,855 |
| Reds (Cincinnati) | $33.59 | 0.06% | 0.10% | 0.41% | 0.20% | $743,691 |
| Rockies (Colorado) | $33.59 | 0.03% | 0.06% | 0.43% | 0.19% | $696,844 |
| Royals (Kansas City) | $33.59 | 0.03% | 0.06% | 0.42% | 0.18% | $681,121 |
| Tigers (Detroit) | $33.59 | 0.09% | 0.13% | 0.43% | 0.22% | $839,428 |
| Twins (Minnesota) | $33.59 | 0.05% | 0.09% | 0.43% | 0.20% | $737,909 |
| White Sox (Chicago) | $33.59 | 0.04% | 0.07% | 0.42% | 0.18% | $684,652 |
| Yankees (New York) | $33.59 | 0.30% | 0.47% | 0.41% | 0.37% | $1,394,685 |
| Bundle | $33.59 | 2.08% | 1.85% | 0.54% | 1.47% | $5,191,752 |
| Total | | 4.16% | 5.30% | 13.20% | 7.71% | $28,615,401 |
| | | | | | | |
| Actual World Bundle | $33.59 | | | | 2.59% | $9,163,911 |

* Per month

^ Based on predictions by Dr. Noll's third model if the standalone RSN offerings and the OMP were sold at the actual world OMP price. The reported market shares are based on purchases for each subscriber type predicted by Dr. Noll's third model out of total subscribers of that type.