## LANGER GROGAN & DIVER P.C.
ATTORNEYS AT LAW
THREE LOGAN SQUARE SUITE 4130
1717 ARCH STREET
PHILADELPHIA, PA 19103
PHONE: 215-320-5660
FAX: 215-320-5703

HOWARD LANGER
JOHN J. GROGAN*
EDWARD A. DIVER
IRV ACKELSBERG
PETER LECKMAN†

EDWARD A. DIVER
DIRECT DIAL (215) 320-5663
ndiver@langergrogan.com

GEOFFREY C. HAZARD, JR.††
OF COUNSEL

2263 CALIFORNIA STREET
SAN FRANCISCO, CA 94115
415-292-6535
ghazard@langergrogan.com

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CALIFORNIA
††ADMITTED IN CALIFORNIA ONLY

May 1, 2015

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Garber, et al. v. Office of the Commissioner of Baseball, et al.*, 12-cv-3704 (SAS)

Dear Judge Scheindlin:

I write in response to Ms. Wilkinson's letter of April 29, 2015, regarding discovery that should have been produced but was inadvertently overlooked as a result of a technical error. The new production may involve as many as 10,000 documents, which is far from trivial. Plaintiffs cannot take a position on what effect these documents may have on the litigation, or what steps may need to be taken as a result, until they have had a chance to review them.

Sincerely,

Edward A. Diver

EAD/gg