UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN and ROBERT SILVER, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>  v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, MAJOR LEAGUE BASEBALL ENTERPRISES INC., MLB ADVANCED MEDIA L.P., DIRECTV LLC, DIRECTV SPORTS NETWORKS LLC, ROOT SPORTS PITTSBURGH, ROOT SPORTS ROCKY MOUNTAIN, ROOT SPORTS NORTHWEST, COMCAST CORP., COMCAST SPORTSNET PHILLY, L.P., COMCAST SPORTSNET BAY AREA, L.PL, COMCAST SPORTSNET CHICAGO, L.P., YANKEES ENTERTAINMENT AND SPORTS NETWORKS, LLC, ATHLETICS INVESTMENT GROUP, LLC, THE BASEBALL CLUB OF SEATTLE, L.P., CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, CHICAGO WHITE SOX, LTD., COLORADO ROCKIES BASEBALL CLUB, LTD., NEW YORK YANKEES PARTNERSHIP, THE PHILLIES, L.P., PITTSBURGH BASEBALL, INC., AND SAN FRANCISCO BASEBALL ASSOCIATES, L.P.,<br><br>Defendants. | 12 CIV 3704 (SAS)<br>[rel. 12-cv-1817 (SAS)]<br><br>ECF CASE<br><br>ELECTRONICLY FILED<br><br>**SECOND SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and S.D.N.Y Local Civil Rule 7.1.1, the defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, DIRECTV Sports Net Rocky Mountain, LLC (a/k/a ROOT Sports Rocky Mountain), DIRECTV Sports Net Northwest,

LLC (a/k/a ROOT Sports Northwest) and DIRECTV Sports Net Pittsburgh, LLC (a/k/a ROOT Sports Pittsburgh) (collectively "DIRECTV Defendants") provide the following supplemental disclosure statement to enable the Court to evaluate possible disqualification or recusal.  The undersigned counsel of record for DIRECTV Defendants state that the following listed entities may have a pecuniary interest in the outcome of this case:

    A.    DIRECTV Holdings LLC, which is the direct parent company and 100% owner of defendant DIRECTV, LLC.

    B.    The DIRECTV Group, Inc., which is the direct parent company and 100% owner of DIRECTV Holdings LLC.

    C.    Greenlady Corp., which controls a 57% interest in The DIRECTV Group, Inc.

    D.    DTV Entertainment, Inc., which is the direct parent company and 100% owner of Greenlady Corp.

    E.    Defendant DIRECTV Sports Networks, LLC, a Delaware limited liability company, is a wholly-owned, direct subsidiary of Greenlady Corp. and is not publicly traded.

    F.    Defendants DIRECTV Sports Net Pittsburgh, LLC (a/k/a ROOT Sports Pittsburgh) and DIRECTV Sports Net Rocky Mountain, LLC (a/k/a ROOT Sports Rocky Mountain), are each Delaware limited liability companies.  Each is a wholly-owned, direct subsidiary of DIRECTV Sports Networks, LLC.

    G.    Defendant DIRECTV Sports Net Northwest, LLC (a/k/a ROOT Sports Northwest), a Delaware limited liability company, is a wholly-owned subsidiary of NW Sports Net LLC, a Delaware limited liability company, which is not publicly traded.  DIRECTV Sports

Holdings Northwest, LLC owns 29% of NW Sports Net, LLC and is a wholly-owned subsidiary of DIRECTV Sports Networks, LLC.  More than 10% of DIRECTV Sports Net Northwest, LLC is indirectly owned by Nintendo Co. Ltd., a Japanese company that is publicly traded on the Tokyo stock exchange.

F.	DIRECTV Group Holdings, LLC, which is the direct parent company and 100% owner of DTV Entertainment, Inc., and which controls a 43% interest in The DIRECTV Group, Inc.

G.	AT&T Inc., which is publicly traded and is the ultimate parent company of DIRECTV Group Holdings.

DATED:  August 7, 2015			**ALSTON & BIRD LLP**

By: /s/ Andrew E. Paris

Louis A. Karasik (*pro hac vice*)
Andrew E. Paris (*pro hac vice*)
Stephanie A. Jones (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100