UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/15

| | |
|---|---|
| THOMAS LAUMANN, et al., representing themselves and all others similarly situated, Plaintiffs, v. NATIONAL HOCKEY LEAGUE, et al., Defendants | 12-cv-1817 (SAS) |
| FERNANDA GARBER, et al., representing themselves and all others similarly situated, Plaintiffs, v. OFFICE OF THE COMMISSIONER OF BASEBALL, et al., Defendants | 12-cv-3704 (SAS)  ECF Cases |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF LAW FIRM KLEIN KAVANAGH COSTELLO, LLP AND OF ATTORNEY GARY KLEIN AND PROPOSED ORDER**

PLEASE TAKE NOTICE that, with the approval of Plaintiffs, and subject to the approval of the Court, the undersigned firm Klein Kavanagh Costello, LLP ("KKC") and its attorney, Gary Klein, hereby withdraw as counsel for Plaintiffs in the above captioned matter because the firm is closed. All of the Plaintiffs represented by KKC remain represented by co-counsel. No party will be harmed by KKC's withdrawal of appearance.

1

Attached is an affidavit of withdrawing counsel in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: September 3, 2015
Boston, MA

Respectfully Submitted,

*/s/ Gary Klein*
Gary Klein
**Klein Kavanagh Costello, LLP**
85 Merrimac St., 4th Floor
Boston, MA 02114
Telephone: (617) 357-5500
Facsimile: (617) 357-5030
klein@kkcllp.com

SO ORDERED:

_____
HON. Shira A. Scheindlin
United States District Judge

9/3/15