UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDA GARBER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>    Defendants. | Case No. 12-cv-03704 (SAS)<br>[rel. Case Nos. 12-cv-01817 (SAS); 12-cv-02065 (SAS)]<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE FOR DIRECTV, LLC, DIRECTV SPORTS NETWORKS, LLC, DIRECTV SPORTS NET NORTHWEST, LLC (A/K/A ROOT SPORTS NORTHWEST), DIRECTV SPORTS NET PITTSBURGH, LLC (A/K/A ROOT SPORTS PITTSBURGH), AND DIRECTV SPORTS NET ROCKY MOUNTAIN, LLC (A/K/A ROOT SPORTS ROCKY MOUNTAIN)** |

  PLEASE TAKE NOTICE that John C. Vazquez, a member of the bar of this Court in good standing, hereby notes his appearance as counsel on behalf of Defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, DIRECTV Sports Net Northwest, LLC (a/k/a ROOT Sports Northwest), DIRECTV Sports Net Pittsburgh, LLC (a/k/a ROOT Sports Pittsburgh), and DIRECTV Sports Net Rocky Mountain, LLC (a/k/a ROOT Sports Rocky Mountain) in this matter.

  Please take further notice that pleadings, correspondence, and other papers relating to this action should be served upon him as counsel for the foregoing defendants.

| | |
|---|---|
| Dated: September 23, 2015<br>    New York, New York | By: /s/ John C. Vazquez<br>John C. Vazquez<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 909-3377<br>Fax: (212) 446-6460<br>john.vazquez@kirkland.com |