```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDA GARBER, et al.,

                Plaintiffs,

v.

OFFICE OF THE COMMISSIONER OF
BASEBALL, et al.,

                Defendants.

Case No. 12-cv-03704 (SAS)
[rel. Case Nos. 12-cv-01817 (SAS);
12-cv-02065 (SAS)]

ECF CASE

[PROPOSED] ORDER GRANTING
APPLICATION FOR *PRO HAC VICE*
ADMISSION

Pursuant to Rule IV.C of this Court's Individual Rules and Procedures, and without objection from Plaintiffs, the request for *pro hac vice* admission of James H. Mutchnik, P.C., Melissa D. Ingalls, and Tammy A. Tsoumas of Kirkland & Ellis LLP is hereby GRANTED.

Melissa D. Ingalls
Tammy A. Tsoumas
Kirkland & Ellis LLP
333 South Hope Street
(213) 680-8400
melissa.ingalls@kirkland.com
tammy.tsoumas@kirkland.com

James H. Mutchnik, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.mutchnik@kirkland.com

IT IS HEREBY ORDERED that James H. Mutchnik, P.C., Melissa D. Ingalls, and Tammy A. Tsoumas are admitted to practice *pro hac vice* before the United States District Court for the Southern District of New York on behalf of Defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, DIRECTV Sports Net Northwest, LLC (a/k/a ROOT Sports Northwest), DIRECTV Sports Net Pittsburgh, LLC (a/k/a ROOT Sports Pittsburgh), and DIRECTV Sports

Net Rocky Mountain, LLC (a/k/a ROOT Sports Rocky Mountain) in this matter.

9/24/15
DATE

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE