UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: __10|1|15__
```

FERNANDA GARBER, MARC LERNER,
DEREK RASMUSSEN, ROBERT SILVER,
GARRETT TRAUB, and VINCENT
BIRBIGLIA, representing themselves and all
others similarly situated,

                    Plaintiffs,

          - against -

OFFICE OF THE COMMISSIONER OF
BASEBALL, et al.,

                  Defendants.

------------------------------------------------------------ X

**ORDER**

**12-cv-3704 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       On September 30, 2015, the Court set the following pre-trial schedule:

(1) the Joint Pretrial Order is due December 18, 2015; (2) plaintiffs and defendants

will each file their initial pre-trial memoranda by December 18, 2015; and (3)

plaintiffs' and defendants' responses to the opposing parties' pre-trial memoranda

are due January 4, 2016.  The trial will commence on January 18, 2016.

       As previously scheduled in the June 22, 2015 Revised Scheduling

Order (Dkt. No. 435), plaintiffs' rebuttals to defendants' expert reports are due

November 2, 2015 and all merits discovery, including depositions, must be

completed by December 15, 2015.  In addition, any *Daubert* motions or pre-motion

letters are due by December 22, 2015, and any responsive pre-motion letters are

due by December 30, 2015.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:       New York, New York
             October 1, 2015

-2-

## - Appearances -

**For Plaintiffs**:

Howard Langer, Esq.
Ned Diver, Esq.
Peter Lackman, Esq.
Langer Grogan & Diver PC
Three Logan Square, Suite 4130
1717 Arch Street
Philadelphia, PA 19103
(215) 320-5663

Jeffrey Dubner, Esq.
Cohen Milstein Sellers & Toll
1100 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 408-4699

**For Comcast Defendant**:

Arthur Burke, Esq.
David Toscano, Esq.
Andrew DeLaney, Esq.
Katherine Marshall, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

**For DIRECTV Defendant**:

Melissa Ingalls, Esq.
Tammy Tsoumas, Esq.
John Vazquez, Esq.
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

(213) 680-8552

**For MLB Defendant**:

Beth Wilkinson, Esq.
Daniel Toal, Esq.
William Durbin, Esq.
Paul Weiss Rifkind Wharton &
Garrison LLP
2001 K Street NW, 5th Floor
Washington, DC 20006
(202) 233-7300

**For the New York Yankees
Partnership Defendant**:

Christopher Duffy, Esq.
Boies Schiller & Flexner LLP
575 Lexington Ave.
New York, NY 10022
(212) 446-2300

**For the Yankees Entertainment &
Sports Networks (YES) Defendant**:

John Schmidtlein, Esq.
Williams & Connelly LLP
725 Twelfth Street NW
Washington, DC 20005
(202) 434-5000

-3-