**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K GARRISON  (1946-1991)
RANDOLPH E PAUL   (1946-1956)
SIMON H RIFKIND   (1950-1995)
LOUIS S WEISS     (1927-1950)
JOHN F WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7340

WRITER'S DIRECT FACSIMILE
(202) 204-7395

WRITER'S DIRECT E-MAIL ADDRESS
bwilkinson@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601 OFFICE TOWER A  BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU  CHAOYANG DISTRICT
BEIJING 100020  PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011  JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE  SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON

DAVID J BALL
CRAIG A BENSON
PATRICK S CAMPBELL
CHARLES E DAVIDOW
KENNETH A GALLO
MARK F MENDELSOHN

JANE B O'BRIEN
ALEX YOUNG K OH
JOSEPH J SIMONS
ALEXANDRA M WALSH
BETH A WILKINSON

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W ABBOTT*
EDWARD T ACKERMAN*
ALLAN J ARFFA
ROBERT A ATKINS*
JOHN F BAUGHMAN*
LYNN B BAYARD*
DANIEL J BELLER*
MITCHELL L BERG*
MARK S BERGMAN
BRUCE BIRENBOIM*
H CHRISTOPHER BOEHNING*
ANGELO BONVINO*
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN*
SUSANNA M BUERGEL*
JESSICA S CAREY*
JEANETTE K CHAN*
YVONNE Y F CHAN*
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH*
CHRISTOPHER J CUMMINGS*
DOUGLAS R DAVIS*
THOMAS V DE LA BASTIDE III*
ARIEL J DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J EHRLICH*
GREGORY A EZRING*
LESLIE GORDON FAGEN
MARC FALCONE*
ROSS A FIELDSTON*
ANDREW C FINCH
BRAD J FINKELSTEIN*
BRIAN P FINNEGAN*
ROBERTO FINZI
PETER E FISCH*
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY*
HARRIS B FREIDUS*
MANUEL S FREY*
ANDREW L GAINES*
MICHAEL E GERTZMAN*
ADAM M GIVERTZ*
SALVATORE GOGLIORMELLA*
ROBERT D GOLDBAUM*
NEIL GOLDMAN*
CATHERINE L GOODALL*
ERIC GOODISON*
CHARLES H GOOGE, JR *
ANDREW G GORDON*
UDI GROFMAN*
NICHOLAS GROOMBRIDGE*
BRUCE A GUTENPLAN*
GAINES GWATHMEY III
ALAN S HALPERIN*
JUSTIN G HAMILL*
CLAUDIA HAMMERMAN*
GERARD E HARPER
BRIAN S HERMANN*
MICHELE HIRSHMAN*
MICHAEL S HONG*
DAVID S HUNTINGTON*
AMRAN HUSSEIN*
LORETTA A IPPOLITO*
JAREN JANGHORBANI*
BRIAN M JANSON*

MEREDITH J KANE*
ROBERTA A KAPLAN*
BRAD S KARP*
PATRICK N KARSNITZ*
JOHN C KENNEDY*
BRIAN KIM*
ALAN W KORNBERG
DANIEL J KRAMER*
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL*
XIAOYU GREG LIU*
JEFFREY D MARELL*
MARCO V MASOTTI*
EDWIN S MAYNARD*
DAVID W MAYO*
ELIZABETH R McCOLM*
WILLIAM B MICHAEL*
TOBY S MYERSON*
CATHERINE NYARADY*
BRAD R OKUN*
KELLEY D PARKER*
MARC E PERLMUTTER*
VALERIE E RADWANER*
CARL L REISNER*
LORIN L REISNER*
WALTER G RICCIARDI*
WALTER RIEMAN*
RICHARD A ROSEN
ANDREW N ROSENBERG*
JACQUELINE P RUBIN*
RAPHAEL M RUSSO*
ELIZABETH M SACKSTEDER*
JEFFREY D SAFERSTEIN*
JEFFREY B SAMUELS*
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER*
ROBERT B SCHUMER*
JOHN M SCOTT*
STEPHEN J SHIMSHAK*
DAVID R SICULAR*
MOSES SILVERMAN
STEVEN SIMKIN*
AUDRA J SOLOWAY*
SCOTT M SONTAG*
TARUN M STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
ROBYN F TARNOFSKY*
MONICA K THURMOND*
DANIEL J TOAL*
LIZA M VELAZQUEZ*
MARIA T VULLO*
LAWRENCE G WEE*
THEODORE V WELLS, JR
STEVEN J WILLIAMS*
LAWRENCE I WITDORCHIC*
MARK B WLAZLO*
JULIA TM WOOD
JENNIFER H WU*
JORDAN E YARETT*
KAYE N YOSHINO*
TONG YU*
TRACEY A ZACCONE*
T ROBERT ZOCHOWSKI JR *

*NOT AN ACTIVE MEMBER OF THE DC BAR

October 19, 2015

**By Facsimile and ECF**

Hon. Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    *Re: Garber* v. *Office of the Commissioner of Baseball*, 12-cv-3704 (SAS)

Dear Judge Scheindlin:

  We represent the Major League Baseball ("MLB") Defendants[1] in the above-captioned matter, and we write in response to Edward Diver's letter to the Court, dated October 14, 2015, which sought permission to depose Robert M. Manfred, Jr., Commissioner of MLB.

  A little more than a week ago, Plaintiffs asked to depose Mr. Manfred because of his election as Commissioner over a year ago, on August 14, 2014, and because he was designated for two additional topics in the MLB Defendants' Supplemental Disclosures.

---

[1] Office of the Commissioner of Baseball, Major League Baseball Enterprises, Inc., MLB Advanced Media, L.P., MLB Advanced Media, Inc., Athletics Investment Group LLC, The Baseball Club of Seattle, L.P., Chicago Cubs Baseball Club, LLC, Chicago White Sox, Ltd., Colorado Rockies Baseball Club, Ltd., The Phillies, Pittsburgh Baseball, Inc., and San Francisco Baseball Associates, L.P.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin     2

       The Court should deny Plaintiffs' request for permission to depose Mr. Manfred as untimely and prejudicial, and because Plaintiffs already have testimony from his immediate predecessor regarding the same or similar topics on which they now seek to depose him.

       The MLB Defendants identified Mr. Manfred as a potential witness in their Initial Disclosures nearly three years ago—on January 17, 2013. Mr. Manfred has been employed by MLB during the entire pendency of this case—until his election as Commissioner, he served as Executive Vice President and Chief Operating Officer. Plaintiffs elected not to depose Mr. Manfred during fact discovery, nor did Plaintiffs seek to depose him in the fourteen months since his election as Commissioner, including after he formally assumed that role more than eight months ago, on January 25, 2015.

       More than two months ago, on August 7, 2015, the MLB Defendants served upon Plaintiffs their Supplemental Disclosures, which updated the title for Mr. Manfred (as they did for other witnesses) and added only two topics—"the process for forming and changing rules" and "the procompetitive effects of the MLB broadcast rules and territories"—on which Mr. Manfred could testify. At that time, Plaintiffs did not object to the new disclosures, nor did they request a deposition of Mr. Manfred.

       Nor did Plaintiffs raise these issues on September 22, 2015, when they wrote to the Court regarding the MLB Defendants' Supplemental Disclosures, objecting to the addition of six individuals.[2] Plaintiffs did not mention Mr. Manfred in their letter, nor did Plaintiffs mention Mr. Manfred in any of their three letters to the MLB Defendants' counsel regarding the Supplemental Disclosures.[3]

       Eight days after Plaintiffs' letter to the Court, Your Honor held a status conference to address the MLB Defendants' Supplemental Disclosures. Although Plaintiffs' counsel raised issues relating to the newly identified individuals; the purported unfairness of reopening fact discovery that closed nearly two years ago; and the alleged prejudice of allowing additional testimony after the submission of expert reports,[4] they did not object and did not indicate any desire to depose Mr. Manfred.

       Plaintiffs should have raised any concerns they had with the new disclosures when they received them, or at the very latest at the hearing the Court conducted on the issues. The belated request is also perplexing because one of Plaintiffs' justifications is the fact that Mr. Manfred is now the Commissioner of Baseball. Not only

---

[2] Plaintiffs objected to the MLB Defendants adding Michael Biard, Jeffrey Krolik, Laurence Baer, Robert Nutting, Lawrence Jones, and Stuart Sternberg.

[3] Plaintiffs sent letters to the MLB Defendants' counsel, dated August 27, 2015; September 8, 2015; and September 22, 2015.

[4] Defendants served their expert reports on Plaintiffs on August 24, 2015. Defendants' experts are scheduled to be deposed today and this Friday, October 23.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin     3

have Plaintiffs known that for over a year, but they also deposed Mr. Manfred's immediate predecessor as Commissioner, Allan H. "Bud" Selig, on January 3, 2014. Mr. Selig had been Commissioner since before the start of the class period until January 24, 2015.

       Plaintiffs already have testimony from Mr. Selig on the same or similar topics on which they now seek to depose Mr. Manfred. For example, on the process for forming and changing rules, Mr. Selig answered Plaintiffs' questions about how the MLB Constitution can be modified or amended. (*See* Selig Tr. at 10:4-11:18.) And on the procompetitive effects of the MLB broadcast rules and territories, for example, Mr. Selig answered Plaintiffs' questions about the impact on competitive balance of the League's division of national and local rights. (*See id.* at 47:18-50:2.)

       Permitting Plaintiffs to depose Mr. Manfred at this late date when the parties are preparing for trial and working intensively to comply with the Court's pretrial order will prejudice the MLB Defendants. Plaintiffs' request should be denied, and Mr. Manfred should be able to testify at trial about all of the topics for which he has been designated.

       Respectfully,

       */s/ Beth A. Wilkinson*

       Beth A. Wilkinson

cc:    All counsel (via ECF)