# LANGER GROGAN & DIVER P.C.
ATTORNEYS AT LAW

HOWARD LANGER
JOHN J. GROGAN*
EDWARD A. DIVER
IRV ACKELSBERG
PETER LECKMAN†

HOWARD LANGER
DIRECT DIAL (215) 320-5661
hlanger@langergrogan.com

1717 ARCH STREET
SUITE 4130
PHILADELPHIA, PA 19103

PHONE: 215-320-5660
FAX: 215-320-5703

GEOFFREY C. HAZARD, JR.††
OF COUNSEL

2263 CALIFORNIA STREET
SAN FRANCISCO, CA 94115
415-292-6535
ghazard@langergrogan.com

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CALIFORNIA
††ADMITTED IN CALIFORNIA ONLY

November 11, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/15
```

*Via Email*

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Garber, et al. v. Office of the Commissioner of Baseball, et al.*, 12-cv-3704 (SAS)

Dear Judge Scheindlin,

I write concerning a scheduling issue for trial in the above matter. I am to be one of the lead lawyers at trial for plaintiffs. I am adjunct Professor of Law at the University of Pennsylvania and had committed to teach the primary antitrust course at the law school in the spring semester long before the trial was scheduled. I have spoken with the relevant deans and cannot cancel the course, which begins a week before trial. Classes meet from 9:00 a.m. to 10:20 a.m. Tuesdays and Thursdays.

I have conferred with defense counsel who have kindly consented to a proposal that we begin trial one day each week at 1:30 p.m. —Tuesday or, and much preferably, Thursday. This would allow me to teach one lecture a week and to make up the rest of the classes in the weeks after trial. If practicable, plaintiffs will also try to present deposition testimony on the mornings I would not be there, so that, hopefully, the interruption would be ameliorated.

I much appreciate anything Your Honor can do to help with regard to this scheduling conflict. It is the first time in many years of teaching that a conflict like this has arisen.

Respectfully,

Howard Langer

cc: All counsel

*[Handwritten annotation by the Court:]* On Thursdays the trial will begin at 1:30 p.m. unless the parties can present deposition testimony in the morning. Trial will adjourn at 6 p.m. on Thursdays. So Ordered. [signature] USDJ 11/12/15