PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601 OFFICE TOWER A BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU CHAOYANG DISTRICT
BEIJING 100020 PEOPLE S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER S DIRECT DIAL NUMBER
(202) 223-7340

WRITER S DIRECT FACSIMILE
(202) 204-7395

WRITER S DIRECT E-MAIL ADDRESS
bwilkinson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J BALL                JANE B O BRIEN
CRAIG A BENSON              ALEX YOUNG K OH
PATRICK S CAMPBELL          JOSEPH J SIMONS
CHARLES E DAVIDOW           ALEXANDRA M WALSH
KENNETH A GALLO             BETH A WILKINSON
MARK F MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W ABBOTT*           MEREDITH J KANE*
EDWARD T ACKERMAN*          ROBERTA A KAPLAN*
ALLAN J ARFFA               BRAD S KARP*
ROBERT A ATKINS*            PATRICK N KARSNITZ*
JOHN F BAUGHMAN*            JOHN C KENNEDY*
LYNN B BAYARD*              BRIAN KIM*
DANIEL J BELLER             ALAN W KORNBERG
MITCHELL L BERG*            DANIEL J KRAMER*
MARK S BERGMAN              DAVID K LAKHDHIR
BRUCE BIRENBOIM*            STEPHEN P LAMB*
H CHRISTOPHER BOEHNING*     JOHN E LANGE
ANGELO BONVINO*             DANIEL J LEFFELL*
JAMES L BROCHIN             XIAOYU GREG LIU*
RICHARD J BRONSTEIN         JEFFREY D MARELL*
DAVID W BROWN*              MARCO V MASOTTI*
SUSANNA M BUERGEL*          EDWIN S MAYNARD*
JESSICA S CAREY*            DAVID W MAYO*
JEANETTE K CHAN*            ELIZABETH R McCOLM*
YVONNE Y F CHAN*            WILLIAM B MICHAEL*
LEWIS R CLAYTON             TOBY S MYERSON*
JAY COHEN                   CATHERINE NYARADY*
KELLEY A CORNISH*           BRAD R OKUN*
CHRISTOPHER J CUMMINGS*     KELLEY D PARKER*
DOUGLAS R DAVIS*            MARC E PERLMUTTER*
THOMAS V DE LA BASTIDE III* VALERIE E RADWANER*
ARIEL J DECKELBAUM*         CARL L REISNER*
ALICE BELISLE EATON*        LORIN L REISNER*
ANDREW J EHRLICH*           WALTER G RICCIARDI
GREGORY A EZRING*           WALTER RIEMAN*
LESLIE GORDON FAGEN         RICHARD A ROSEN
MARC FALCONE*               ANDREW N ROSENBERG*
ROSS A FIELDSTON*           JACQUELINE P RUBIN*
ANDREW C FINCH              RAPHAEL M RUSSO*
BRAD J FINKELSTEIN*         ELIZABETH M SACKSTEDER*
BRIAN P FINNEGAN*           JEFFREY D SAFERSTEIN*
ROBERTO FINZI               JEFFREY B SAMUELS*
PETER E FISCH*              DALE M SARRO
ROBERT C FLEDER             TERRY E SCHIMEK
MARTIN FLUMENBAUM           KENNETH M SCHNEIDER*
ANDREW J FOLEY*             ROBERT B SCHUMER*
HARRIS B FREIDUS*           JOHN M SCOTT*
MANUEL S FREY*              STEPHEN J SHIMSHAK*
ANDREW L GAINES*            DAVID R SICULAR*
MICHAEL E GERTZMAN*         MOSES SILVERMAN
ADAM M GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*     AUDRA J SOLOWAY*
ROBERT D GOLDBAUM*          SCOTT M SONTAG*
NEIL GOLDMAN*               TARUN M STEWART
CATHERINE L GOODALL*        ERIC ALAN STONE*
ERIC GOODISON*              AIDAN SYNNOTT*
CHARLES H GOOGE JR *        ROBYN F TARNOFSKY*
ANDREW G GORDON*            MONICA K THURMOND*
UDI GROFMAN*                DANIEL J TOAL*
NICHOLAS GROOMBRIDGE*       LIZA M VELAZQUEZ*
BRUCE A GUTENPLAN*          MARIA T VULLO*
GAINES GWATHMEY III         LAWRENCE G WEE*
ALAN S HALPERIN*            THEODORE V WELLS JR
JUSTIN G HAMILL*            STEVEN J WILLIAMS*
CLAUDIA HAMMERMAN*          LAWRENCE I WITDORCHIC*
GERARD E HARPER             MARK B WLAZLO*
BRIAN S HERMANN*            JULIA TM WOOD
MICHELE HIRSHMAN*           JENNIFER H WU*
MICHAEL S HONG*             JORDAN E YARETT*
DAVID S HUNTINGTON*         KAYE N YOSHINO*
AMRAN HUSSEIN*              TONG YU*
LORETTA A IPPOLITO*         TRACEY A ZACCONE*
JAREN JANGHORBANI*          T ROBERT ZOCHOWSKI JR *
BRIAN M JANSON*

NOT AN ACTIVE MEMBER OF THE D BAR

November 20, 2015

**By Facsimile and ECF**

Hon. Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     *Re: Garber v. Office of the Commissioner of Baseball, 12-cv-3704 (SAS)*

Dear Judge Scheindlin:

    We represent the Major League Baseball ("MLB") Defendants[1] and write on behalf of all Defendants in the above-captioned matter in response to Howard Langer's letter to the Court, dated November 19, 2015, which requests clarification of Rule V(E) of the Court's Individual Rules and Practices.

    The parties disagree about whether Rule V(E) requires the pre-trial exchange of exhibits that will be used solely to illustrate testimony and that will not be offered into evidence. In relevant part, Rule V(E) provides that "Counsel should . . . exchange any *demonstrative evidence* before trial." Legal authorities generally define "demonstrative evidence" to include tangible things used and admitted as *evidence*. *See, e.g., U.S.* v. *Salerno*, 108 F.3d 730, 745 (7th Cir. 1997) (a "scale model" of the crime scene was demonstrative evidence in tangible form

---

[1] Office of the Commissioner of Baseball, Major League Baseball Enterprises, Inc., MLB Advanced Media, L.P., MLB Advanced Media, Inc., Athletics Investment Group LLC, The Baseball Club of Seattle, L.P., Chicago Cubs Baseball Club, LLC, Chicago White Sox, Ltd., Colorado Rockies Baseball Club, Ltd., The Phillies, Pittsburgh Baseball, Inc., and San Francisco Baseball Associates, L.P.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin                                                                                                   2

admitted as an exhibit into evidence); *Carson v. Polley*, 689 F.2d 562, 579 (5th Cir. 1982) (defining "illustrative" or "demonstrative evidence" as evidence "admitted solely to help the witness explain his or her testimony"); Charles A. Wright & Kenneth W. Graham, 22 Fed. Prac. & Proc. Evid. § 5172 at 769 (2d ed. 2012) (phrase covers "the use of objects as evidence"). Exchanging such demonstrative evidence before trial, like any other material to be admitted into evidence, makes perfect sense to us. By contrast, requiring the pre-trial exchange of non-evidentiary demonstrative exhibits meant only to illustrate the evidence at trial does not.

      As we have expressed to Plaintiffs, we do not believe it is workable or fair to require Defendants to prepare and disclose such demonstrative exhibits, including "any chart, diagram, summary, or other visual aid" that Defendants may use as part of their trial presentation *before the trial has even begun*. Indeed, Plaintiffs' interpretation would prevent the parties from creating, revising and focusing the materials at issue here—demonstrative exhibits—during trial. Plaintiffs go so far as to suggest that closing decks would have to be created and exchanged prior to trial, notwithstanding that the parties would not know at the time what evidence would be offered and elicited during the trial. *See* Dkt. 469 (Nov. 19, 2015 Letter from H. Langer) at 1 ("Plaintiffs interpret the Court's rule to require the parties to exchange … any chart, diagram, summary, or other visual aid that … is used as part of a party's trial presentation or examinations, including … opening and closing arguments.").

      Adopting Plaintiffs' proposed approach would be particularly prejudicial to Defendants, who necessarily must respond to evidence that Plaintiffs present during their case. Plaintiffs' interpretation thus seeks prematurely and unfairly to lock in the Defendants' demonstrative exhibits. Defendants should have the flexibility to develop and adjust their presentation, including their demonstratives, in response to how the evidence comes in during Plaintiffs' case. The procedure that Plaintiffs request—which we have not seen in any case we have previously tried—would make that impossible.

      In an effort to confirm our understanding of Rule V(E), Defendants have consulted with counsel who tried cases before Your Honor. None reported being required to exchange demonstrative exhibits in advance of trial.

      Contrary to Plaintiffs' suggestion, there is no risk here of "trial by ambush." The parties have agreed to exchange exhibit lists on December 4—well in advance of trial. The demonstrative exhibits that are the subject of the present dispute merely illustrate witness testimony that will otherwise be in the record. But those materials will not be introduced into evidence and need not, in our view, be disclosed in advance.

      The Court's form Joint Pretrial Order provides that, "[i]n advance of each trial session, counsel going forward at that session should show opposing counsel the exhibits s/he intends to introduce at the session." Joint Pretrial Order at 3 ("11. EXHIBITS"). We believe this rule appropriately governs the exchange of demonstrative exhibits. Defendants therefore propose that the parties exchange demonstratives for direct examination by 5:00 p.m. the evening

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin                                                                                              3

before the trial session during which they will be used.

                                            Respectfully,

                                            Beth A. Wilkinson

cc:     All counsel (via ECF)