PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601 OFFICE TOWER A BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU CHAOYANG DISTRICT
BEIJING 100020 PEOPLE S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU U K
TELEPHONE (44 20) 7367 1600

WRITER S DIRECT DIAL NUMBER
(202) 223-7340

WRITER S DIRECT FACSIMILE
(202) 204-7395

WRITER S DIRECT E-MAIL ADDRESS
bwilkinson@paulweiss.com

FUKOKU SEIMEI BUILDING
2 2 UCHISAIWAICHO 2 CHOME
CHIYODA-KU TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899 0032
TELEPHONE (302) 655-4410

December 18, 2015

**By ECF**

Hon. Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

       Re: *Garber* v. *Office of the Commissioner of Baseball*, 12-cv-3704 (SAS)

Dear Judge Scheindlin:

       We represent the Major League Baseball ("MLB") Defendants[1] and write on behalf of all parties in the above-captioned matter to submit the parties' Joint Pretrial Order. The Joint Pretrial Order includes the following:

- Attachment A: Stipulated and Undisputed Facts (*filed under seal*)
- Attachment B: Plaintiffs' Proposed Trial Exhibits with Defendants' Objections
- Attachment C: Defendants' Proposed Trial Exhibits with Plaintiffs' Objections
- Attachment D: Plaintiffs' Designated Deposition Testimony Excerpts and Objections Thereto

---

[1] Office of the Commissioner of Baseball, Major League Baseball Enterprises, Inc., MLB Advanced Media, L.P., MLB Advanced Media, Inc., Athletics Investment Group LLC, The Baseball Club of Seattle, L.P., Chicago Cubs Baseball Club, LLC, Chicago White Sox, Ltd., Colorado Rockies Baseball Club, Ltd., The Phillies, Pittsburgh Baseball, Inc., and San Francisco Baseball Associates, L.P.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin                                                                                                         2

- Attachment E: Defendants' Designated Deposition Testimony Excerpts and Objections Thereto

As noted above, the parties' Stipulated and Undisputed Facts is being filed under seal and should not become part of the public record. A redacted version will be submitted consistent with the Protective Order in this matter.

Respectfully,

*Beth A. Wilkinson* /WDS

Beth A. Wilkinson

cc:     All counsel (via ECF)

Enclosure