# ATTACHMENT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, ROBERT SILVER, GARRETT TRAUB, and VINCENT BIRBIGLIA, representing themselves and all other similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.<br><br>      Defendants. | 12-cv-3704 (SAS)<br><br>FILED UNDER SEAL |

## STIPULATED FACTS