# ATTACHMENT D

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| BAER, LAURENCE 10/21/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 11:1-6 | None | | |
| 17:13-24 | None | 18:1-18:1 | |
| 20:8-20 | None | | |
| 21:13-20 | None | | |
| 23:20-25 | None | | |
| 25:3-26:9 | Relevance; No probative value | | |
| 26:11-18 | Relevance; No probative value | | |
| 27:2-3 | Compound; Lack of foundation | | |
| 27:5-6 | None | | |
| 33:2-33:21 | Lack of foundation (33:20-21); Vague (33:20-21) | | |
| 33:24-34:11 | None | | |
| 35:1-12 | None | | |
| 35:13-38:12 | Mischaracterizes testimony (38:8-12) | | |
| 38:22-39:6 | Vague (39:5-6); Mischaracterizes testimony (39:5-6) | | |
| 39:8-40:13 | Incomplete question & cuts off witness (39:12-13); Mischaracterizes testimony (40:10-13) | If objection overruled, 40:15-40:24 | |
| 41:20-42:1 | Vague | | |
| 42:4-13 | Vague (42:7-13) | | |
| 42:15-43:23 | None | | |
| 44:3-11 | None | | |
| 44:18-46:19 | None | | |
| 48:13-15 | Vague; Lack of foundation | | |
| 48:17-50:11 | Calls for speculation (50:11-50:11); Lack of foundation (50:11-50:11) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| BAER, LAURENCE 10/21/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 50:14-52:1 | Calls for speculation (50:14-51:1) | 52:3-52:13 | |
| 55:7-57:11 | None | | |
| 58:5-19 | None | | |
| 58:23-59:8 | Lack of foundation (59:7-8); Assumes facts not in evidence (59:7-8); Vague (59:7-8) | | |
| 59:10-60:12 | Lack of foundation (59:10-14); Assumes facts not in evidence (59:10-14); Vague (59:10-14) | | |
| 60:14-61:10 | Lack of personal knowledge; Relevance; No probative value | | |
| 61:22-63:19 | Lack of personal knowledge; Relevance; No probative value | | |
| 64:20-69:14 | Lack of foundation (65:12-21); Calls for speculation (65:12-21) | | |
| 69:18-20 | Lack of foundation; Calls for speculation | | |
| 69:22-70:11 | Lack of personal knowledge | | |
| 74:3-25 | Vague (74:11-12); Lack of foundation (74:23-25) | | |
| 75:3-25 | Vague (75:3-4); Lack of foundation (75:3-4) | | |
| 77:1-11 | None | | |
| 78:22-79:5 | Vague (79:4-5); Lack of foundation (79:4-5) | | |
| 79:8-80:19 | Vague (79:8-8); Lack of foundation (79:8-8) | | |
| 81:20-82:5 | Lack of foundation (82:3-5) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| BAER, LAURENCE 10/21/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 82:9-19 | Lack of foundation (82:16-19); Calls for speculation (82:16-19) | | |
| 82:22-83:11 | None | | |
| 83:14-85:2 | None | | |
| 85:11-14 | None | | |
| 85:17-86:5 | Assumes facts not in evidence (86:3-5) | | |
| 86:9-88:20 | Assumes facts not in evidence (86:9-10) | | |
| 89:2-6 | Calls for speculation | | |
| 89:8-8 | Calls for speculation | | |
| 89:9-14 | Lack of foundation; Calls for speculation | | |
| 89:16-90:10 | Lack of foundation (89:16-17); Calls for speculation (89:16-17) | | |
| 91:11-98:8 | None | | |
| 99:12-100:11 | None | | |
| 101:14-102:20 | Lack of foundation (102:18-20); Calls for speculation (102:18-20) | | |
| 102:23-103:16 | Lack of foundation (102:23-103:1); Calls for speculation (102:23-103:1) | | |
| 104:13-110:20 | None | | |
| 156:10-11 | None | | |
| 156:15-19 | None | | |
| 156:22-157:4 | None | | |
| 161:18-162:24 | Relevance | | |
| 163:21-164:9 | Relevance | | |
| 166:22-167:16 | Assumes facts not in evidence (167:13-16) | | |
| 167:18-19 | Assumes facts not in evidence | | |
| 167:22-168:11 | None | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| BROSNAN, TIM 12/19/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 6:3-6:14 | None | | |
| 7:7-7:21 | None | | |
| 8:6-8:20 | None | | |
| 9:2-9:21 | None | | |
| 10:7-11:4 | None | 11:6-11:12; 11:14-12:17; 74:21-75:05, 75:15-76:12 | Beyond the scope: 74:21-75:05, 75:15-76:12 |
| 13:18-13:23 | None | 13:24-14:07 | |
| 14:8-14:11 | None | | |
| 15:4-16:16 | None | | |
| 18:8-18:13 | None | | |
| 18:22-19:5 | None | 19:17-19:22 | |
| 20:3-20:5 | None | | |
| 20:7-20:7 | None | | |
| 20:9-20:11 | None | | |
| 20:13-20:24 | None | | |
| 22:8-22:21 | None | | |
| 22:23-24:6 | None | 24:09-24:11, 25:03-25:20 | |
| 27:9-28:3 | None | | |
| 46:17-47:12 | None | | |
| 47:18-50:8 | Lack of personal knowledge (47:18-48:25; 49:02-49:11; 49:12-49:19); Hearsay (47:18-48:25; 49:02-49:11; 49:12-49:19); Lack of foundation (47:18-48:25; 49:02-49:11; 49:12-49:19; 50:02-05); Calls for speculation (47:18-48:25; 49:02-49:11; 49:12-49:19) | | |
| 50:10-52:13 | None | | |
| 52:16-52:24 | None | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| BROSNAN, TIM 12/19/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 53:3-53:23 | Lack of foundation (53:05-13; 53:14-23); Lack of personal knowledge (53:05-13; 53:14-23); Misstates the testimony (53:14-23); Relevance 53:14-23) | | Plaintiffs agree to remove 53:3 to 53:23 |
| 54:11-55:13 | Lack of personal knowledge (54:11-55:08; 55:09-13);  Lack of foundation (54:11-55:08; 55:09-13) | | |
| 55:17-56:11 | Relevance | | |
| 62:14-63:9 | None | | |
| 63:16-64:7 | Relevance | | |
| 64:17-65:21 | Lack of personal knowledge, Calls for speculation; Hearsay; Lack of foundation | | |
| 66:8-66:22 | Lack of personal knowledge, Calls for speculation; Hearsay; Lack of foundation | | |
| 91:23-92:8 | Relevance | | |
| 99:14-99:15 | None | | |
| 100:3-100:15 | Relevance | | |
| 100:21-101:2 | Relevance | | |
| 101:15-101:22 | None | 102:11-20 | |
| 104:4-107:5 | Relevance | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| BOWMAN, ROBERT 11/6/2013 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 11:14-12:2 | None | | |
| 14:2-14:6 | Relevance | | |
| 14:11-14:24 | Relevance | | |
| 20:10-20:10 | Relevance; Lack of personal knowledge; Calls for speculation; Hearsay; Lack of foundation | | |
| 20:12-20:19 | Relevance; Lack of personal knowledge; Calls for speculation; Hearsay; Lack of foundation | | |
| 30:15-30:24 | None | | |
| 31:2-32:22 | None | | |
| 32:25-34:9 | None | | |
| 34:11-35:3 | None | | |
| 42:4-42:15 | Relevance | | |
| 55:12-57:19 | Lack of personal knowledge; Lack of foundation (55:12-25) | | |
| 60:9-60:10 | None | | |
| 60:12-60:23 | None | | |
| 60:25-61:2 | None | | |
| 61:4-61:18 | None | | |
| 61:20-62:8 | None | | |
| 62:10-62:15 | None | | |
| 71:9-72:13 | None | 70:3-25; 71:4-8 | |
| 72:18-72:21 | None | | |
| 74:14-74:21 | None | | |
| 74:24-75:13 | None | | |
| 75:14-75:19 | None | | |
| 76:5-76:25 | None | | |
| 77:6-77:15 | Lack of personal knowledge | If overruled, 77:20-77:23 | 77:25-78:3 |
| 80:4-80:22 | Lack of foundation (80:4-8) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order – Attachment D – Plaintiffs' Deposition Designations**
**December 18, 2015**

| BOWMAN, ROBERT 11/6/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 91:23-91:24 | Improper hypothetical; Calls for speculation | | |
| 92:1-92:18 | Improper hypothetical (92:2-92:3); Calls for speculation (92:2-92:3) | If overruled, 84:21-86:2; 86:5-8; 86:10-25 | |
| 97:5-97:25 | None | | |
| 99:2-100:10 | None | | |
| 100:12-101:20 | None | | |
| 118:19-120:24 | Relevance  (118:19-120:4) | | |
| 151:12-153:13 | None | | |
| 153:16-153:16 | None | | |
| 157:4-157:25 | None | | |
| 157:14-157:25 | None | | |
| 160:6-161:6 | Relevance | | |
| 165:20-167:12 | Relevance | | |
| 167:14-169:19 | Relevance | | |
| 182:3-184:9 | Relevance | | |
| 213:11-213:12 | Relevance | | |
| 213:15-215:7 | Relevance; Vague and ambiguous (215:4-215:7) | | |
| 215:9-215:9 | Relevance; Compound; Vague a ambiguous | | |
| 215:11-215:13 | Relevance; Compound; Vague and ambiguous | | |
| 215:15-216:17 | Relevance; (215:15-215:23); Vague and ambiguous (215:15-215:23) | | |
| 220:22-220:24 | Relevance | | |
| 221:4-222:2 | Relevance | | |
| 222:5-222:6 | Relevance | | |
| 222:12-222:23 | Relevance; Calls for speculation | | |

Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)
Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations
December 18, 2015

| CRUMB, PATRICK 10/25/2013 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 15:8-16:2 | No objections | | |
| 16:7-16:8; 16:13-17:1 | Vague [16:7-8, 16:13-17:1] | | |
| 17:10-18:11 | No objections | | |
| 19:11-20:10 | No objections | | |
| 20:18-20:23 | No objections | 20:24-21:6 | |
| 22:12-22:19 | No objections | | |
| 41:11-41:16 | No objections | | |
| 52:1-52:6 | No objections | | |
| 54:17-54:18; 54:20-55:20 | Vague [54:17-18, 54:20-55:11] | | |
| 97:6-97:15; 97:18-98:10; 98:13-98:18 | Relevance [all]; Vague [97:14-15, 97:18-98:3]; Lacks Foundation [97:14-15, 97:18-98:3] | | |
| 190:1-190:16; 191:7-192:1; 192:15-192:20; 192:22-193:22; 193:25-195:10 | Vague [192:20, 193:19-20]; Lacks Foundation [193:19-20]; Calls for Speculation [193:19-20]; Non-responsive [193:25-194:3]; Hearsay [194:22-195:9] | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order – Attachment D – Plaintiffs' Deposition Designations**
**December 18, 2015**

| DOLGIN, TRACY 11/21/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 17:7-11; 17:12-25 | No objection | | |
| 30:22-31:23 | No objection | | |
| 48:18-50:12; 50:15-21 | No objection | | |
| 52:18-20; 52:23-53:14; 53:15; 53:19-54:3; 54:5-8; 54:11-55:4 | No objection | 51:14-52:17 | |
| 58:21-24; 59:3-8 | No objection | | |
| 69:7-70:5 | No objection | | |
| 142:14-146:10 | Per the errata, on 143:10 "compared" should be "completed." | | |
| 223:3-226:7; 226:11-17; 226:19-227:18; 227:20-23; 227:25-228:4; 228:7-16 | No objection | | |
| 236:20-24; 237:3-17 | No objection | 236:10-18 | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| DUPUY, ROBERT 11/23/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 8:3-13 | None | | |
| 10:10-11:19; 11:22-12:24; 13:2-14:8 | None | 14:9-21 | |
| 17:16-19 | None | | |
| 18:5-19:8; 19:10-18; 19:20-20:2; 20:4-20:11; 20:13-20 | Hearsay (19:5-9); Calls for speculation (19:5-9; 19:10-14; 19:16-18; 19:20-23); Lack of personal knowledge (19:5-9; 19:10-14; 19:16-18; 19:20-23) | | |
| 21:4-22:7 | None | | |
| 27:4-7; 27:9-14; 27:16-16 | None | | |
| 30:16-18; 30:20-31:23; 32:5-5 | None | 30:2-15 | Speaking objection of counsel (30:6-8) is not evidence |
| 32:13-22 | None | | |
| 33:18-34:7 | None | 33:15-17; 34:8-13 | |
| 34:13-35:3 | None | 35:4-16 | |
| 45:3-17; 45:19-46:2; 46:4-24 | Lack of foundation; Lack of personal knowledge | | |
| 47:6-48:5 | None | | |
| 49:3-17; 49:19-50:6 | None | | |
| 50:21-24; 51:2-25 | None | | |
| 52:14-53:9 | None | | |
| 54:19-24; 55:2-57:3 | Hearsay; Lack of foundation; Calls for speculation (54:19-24) | 57:25-58:4; 58:7-7; 153:17-21; 154:2-19 | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| DUPUY, ROBERT 11/23/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 58:8-59:9 | None | 188:7-188:22; 188:24-189:5; 189:7-189:7; 190:8-190:12; 190:14-190:19; 190:21-190:22 | Vague; leading; lacks foundation; calls for speculation |
| 59:20-60:5 | None | | |
| 61:12-14; 61:16-63:22 | None | | |
| 65:6-25 | None | | |
| 67:3-4; 67:6-12; 67:15-68.7; 68:14-69:16; 69:18-70:4; 70:6-24 | Hearsay; Lack of foundation; Calls for speculation (67:3-4; 67:6-12); Hearsay; Vague (69:23-70:4); Hearsay; Vague; Lack of foundation (70:6-12) | | |
| 71:21-73:3 | None | | |
| 73:23-76:8 | Hearsay; Lack of Personal knowledge; Calls for speculation (73:23-74:10) | 189:8-12; 189:14-190:7 | Vague; leading; lacks foundation; calls for speculation |
| 81:4-14; 81:17-82:6; 82:8-10; 82:12-83:14; 83:18-85:15 | None | 85:16-17; 85:19-22 | |
| 85:24-86:16 | None | | |
| 87:15-17; 87:23-88:3 | None | | |
| 88:8-17; 88:20-90:22 | Hearsay; Lack of foundation; Lack of personal knowledge; Assumes facts (88:12-23) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| DUPUY, ROBERT 11/23/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 93:3-6; 93:9-94:6; 94:8-95:25; 96:3-97:21; 97:24-25 | Lack of foundation (94:4-20); Hearsay; Calls for speculation; Calls for legal conclusion (95:13-25; 96:3-10); Hearsay; Calls for speculation; Assumes facts (97:8-21) | | |
| 98:8-100:4 | None | | |
| 100:8-10 | None | 100:11-13 | |
| 100:14-18 | Hearsay; Calls for speculation; Lack of personal knowledge | 100:19-23 | |
| 100:24-101:12 | Hearsay; Lack of foundation; Lack of personal knowledge | 101:13-15 | |
| 102:3-103:16 | Hearsay; Lack of foundation; Lack of personal knowledge; Calls for speculation; Calls for legal conclusion (102:19-103:16) | | |
| 104:4-106:3 | Lack of foundation; Assumes facts; Lack of personal knowledge; Compound; Calls for legal conclusion (104:4-14) | | |
| 106:18-107:5 | Hearsay; Lack of personal knowledge (106:18-107:5) | | |
| 108:3-108:25 | None | 109:11-16; 111:6-112:9 | Beyond the scope of the designated testimony |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order – Attachment D – Plaintiffs' Deposition Designations**
**December 18, 2015**

| DUPUY, ROBERT 11/23/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 142:10-144:20 | Relevance (142:10-144:20) | 146:3-15; 149:6-13 (only if objection overruled); 162:21-22; 162:24-163:9 | |
| 145:8-24 | Relevance (145:8-24) | | |
| 151:6-8; 151:10-10 | None | | |
| 152:10-152:18; 152:20-20 | Relevance | 186:9-14; 186:16-187:4; 187:6-12; 187:14-20; 187:22-188:5 | Lacks foundation; vague; leading (186:24-187:4; 187:6-12; 187:14-20; 184:22-188:5) |
| 153:4-153:8 | None | | |
| 155:4-7; 155:9-19; 155:21-21; 155:23-156:7 | None | | |
| 163:10-12 | None | | |
| 166:10-167:5 | None | | |
| 169:11-170:19 | Incomplete Q&A (170:16-19) | 170:20-171:19; 171:21-173:4; 173:8-175:10 | |

Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)
Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations
December 18, 2015

| FEENEY, REAGAN 10/17/2013 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 24:5-7; 24:13-23 | 24:5-7 (Vague) | 24:10-12; 26:25-27:5 | |
| 29:22-23; 30:1-9; 30:12-18; 30:21-23; 31:2-3; 31:5, 31:8-9; 31:11-13; 31:15-16 | 29:22-23 (Vague, Lacks Foundation); 30:8-9 (Vague); 30:16-18, 30:23, 31:5, 31:11-12 (Vague, Lacks Foundation, Calls for Speculation) | 32:16-17; 32:20-22 | |
| 36:17-19 | No objections | | |
| 54:11-14; 54:21-22 | No objections | | |
| 55:3-10; 55:13-18 | No objections | | |
| 55:25-57:13; 57:15-21; 57:23-58:17 | All - Relevance 57:13 (Vague) | | |
| 79:22-80:2 | No objections | | |
| 81:1-9 | No objections | | |
| 81:19-82:6; 82:8-15; 82:23-83:18 | 82:4-6 (Vague) 82:14-15 (Vague, Lack of Foundation, Calls for Speculation) | 82:18-20; 83:19-84:1; 84:4-8 | |
| 87:8-87:19 | No objections | | |
| 88:10-16; 88:21-89:9 | All - Relevance | 88:17-18 | |
| 97:1-2; 97:5-6 | 97:1-2 (Asked & Answered) | 97:15; 97:17-19; 97:21-98:2 | |
| 98:3-20; 98:23-99:7; 99:11-21 | 98:19-20 (Vague, Lack of Foundation, Calls for Legal Conclusion) 99:5-7 (Vague, Calls for Speculation) | | |
| 104:10-15 | No objections | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| FEENEY, REAGAN 10/17/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 105:14-15; 106:13-107:23 | No objections | 105:24-25; 106:3-12 | |
| 109:3-9; 109:15-18 | No objections | | |
| 110:24-111:1 | No objections | 111:2-4 | |
| 115:20-117:1 | No objections | | |
| 117:8-118:4; 118:6-7 | 118:3-4 (Asked & Answered) | | |
| 118:14-118:25; 119:2-11; 119:14-19 | 119:9-11 (Vague, Lack of Foundation, Assumes Facts Not In Evidence) | 119:20-22; 119:24-25; 120:10-13 | |
| 127:5-10 | No objections | | |
| 127:24-129:6; 129:8-130:1; 130:3-10 | 129:5-6 (Lack of Foundation, Lack of Personal Knowledge, Calls for Speculation) 129:24-130:1 (Vague) | | |
| 132:9-134:14 | No objections | | |
| 135:11-136:15; 136:20-138:1; 138:4-7 | No objections | | |
| 147:11-148:16; 148:19-149:9; 149:13-15 | 148:14-16 (Vague, Lacks Foundation) 149:6-9 (Vague, Asked & Answered, Mischaracterizes Testimony) | | |
| 152:24-153:15; 153:18-154:1 | 153:13-15 (Mischaracterizes Document, Calls for Speculation, Lack of Personal Knowledge) | | |
| 205:9-18 | No objections | | |
| 228:23-229:2 | No objections | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HENRY, JOHN 2/12/2014 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 18:13–19:6 | None | | |
| 19:9–20:13 | None | | |
| 20:17–20:17 | None | | |
| 29:23–30:21 | None | | |
| 30:24–30:24 | None | 28:18-23; 29:7-14; 208:18–209:4 | |
| 32:5–32:11 | None | | |
| 32:13–32:22 | None | | |
| 32:24–33:7 | None | 34:5–9; 34:11–16; 34:19–34:19; 35:11–24; 36:10–14; 36:16–19; 37:14–15; 37:19–22; 37:25–38:4 | |
| 38:5–38:9 | None | | |
| 39:8–39:8 | None | | |
| 46:1–20 | None | | |
| 46:22–47:15 | Relevance, Lack of foundation, Lack of personal knowledge (46:22–25) | If overruled, 43:18–20; 44:1–6; 45:21–25; 49:20–25; 50:3–7; 50:15–51:1; 51:5–9; 51:12–14; 51:20–24; 58:11–13 | Plaintiffs agree to remove 46:22-25 |
| 57:6–57:8 | Lack of foundation; Calls for legal conclusion | | |
| 57:10–57:11 | Lack of foundation; Calls for legal conclusion | | |
| 58:14–58:18 | None | | |
| 58:20–59:23 | None | | |
| 61:13–62:9 | Lack of foundation; Calls for legal conclusion; Compound; Vague (61:15–16; 61:18–62:9) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HENRY, JOHN 2/12/2014 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 63:16–64:5 | Lack of foundation; Calls for legal conclusion; Compound; Vague (63:16–64:1)<br><br>Misstates the testimony (64:2–5); Calls for speculation (64:2–5) | 201:4–203:20; 203:22–24; 204:2–4; 204:8–205:1; 206:24–208:16; 209:5–7; 209:9–21; 209:23–210:25; 211:2–11; 211:13–212:13; 212:15–212:15; 212:20–212: 23 (partial beginning at "where.."; 212:25–213:11; 213:13–214:16; 214:18–215:3; 215:7–19; 215:21–216:6; 216:8–14; 216:16–20; 217:1–5; 217:7–11; 217:13–17 | Beyond the scope of the designated testimony; calls for speculation ; lacks foundation; lacks personal knowledge; improper expert opinion testimony; leading |
| 64:9–64:14 | Lack of foundation; Calls for speculation; Lack of personal knowledge | | |
| 64:17–64:20 | Lack of foundation; Calls for speculation; Lack of personal knowledge | | |
| 65:1–65:2 | None | | |
| 65:21–66:19 | None | | |
| 67:2–67:9 | None | | |
| 67:13–67:18 | Lack of personal knowledge (67:18-18) | | |

Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)
Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations
December 18, 2015

| HENRY, JOHN 2/12/2014 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 67:21–68:18 | Lack of personal knowledge; Calls for speculation (67:21–68:12) | | |
| 68:22–69:18 | None | | |
| 69:21–69:25 | None | | |
| 70:8–70:10 | None | | |
| 71:10–72:1 | None | | |
| 72:11–73:10 | Lack of foundation | | |
| 73:17–73:21 | Lack of foundation | | |
| 75:3–75:7 | Lack of foundation | | |
| 75:11–75:22 | Lack of foundation | | |
| 76:1–76:7 | Lack of foundation | | |
| 76:12–76:14 | Lack of foundation | | |
| 77:18–77:21 | Lack of foundation | | |
| 78:8–79:6 | Lack of foundation | | |
| 80:1–80:9 | Lack of foundation; Lack of personal knowledge; Calls for speculation | | |
| 80:12–80:22 | Calls for speculation; Vague | | |
| 81:2–81:11 | None | | |
| 81:14–81:20 | None | | |
| 81:23–83:4 | None | | |
| 83:9–83:25 | None | | |
| 84:3–84:10 | None | | |
| 84:16–84:24 | None | | |
| 85:7–85:11 | None | | |
| 86:4–86:13 | None | | |
| 89:19–90:13 | Lack of foundation | 90:24–91:2 | |
| 91:10–91:12 | Calls for speculation; Lack of personal knowledge | | |
| 91:14–92:8 | Calls for speculation; Lack of personal knowledge | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HENRY, JOHN 2/12/2014 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 92:15–92:25 | Calls for speculation; Lack of personal knowledge | | |
| 93:2–93:14 | Calls for speculation; Lack of personal knowledge; Improper hypothetical (93:10–14) | | |
| 93:19–93:22 | Calls for speculation; Lack of personal knowledge; Improper hypothetical | | |
| 97:18–98:5 | None | | |
| 98:8–98:12 | Calls for speculation; Lack of foundation | | |
| 98:16–99:6 | None | | |
| 99:13–99:19 | None | | |
| 99:22–100:1 | None | | |
| 100:4–100:5 | None | | |
| 100:10–101:16 | Lack of foundation | | |
| 101:23–102:10 | None | | |
| 102:12–102:15 | None | | |
| 102:20–103:6 | Vague (102:23–103:6) | | |
| 103:13–103:25 | Vague (103:13–20) | 205:2–14; 205:16–21; 205:25–206:10; 206:14–18 | Lacks foundation; calls for speculation; |
| 104:3–104:9 | None | | |
| 104:19–105:5 | Asked and answered (105:2-5) | 134:21–135:2 | Beyond the scope of the designated testimony; incomplete |
| 105:14–106:7 | Asked and answered; Misstates the testimony (106:3–7) | | |
| 106:17–106:24 | Asked and answered; Vague (106:20–24) | 53:13–16; 53:21–24; 54:5–14; 106:25–107:3; 107:13–19; 108:5–9; 110:25–111:3; 111:10–19 | |

Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)
Joint Pretrial Order – Attachment D – Plaintiffs' Deposition Designations
December 18, 2015

| HENRY, JOHN 2/12/2014 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 111:20–113:6 | None | | |
| 153:6–153:23 | Relevance | | |
| 153:25–154:2 | Relevance | | |
| 154:8–154:19 | Relevance | | |
| 154:22–154:25 | Relevance | | |
| 155:4–155:8 | Relevance (155:7-8) | | |
| 155:12–155:21 | Relevance; Calls for speculation | | |
| 155:23–156:1 | Relevance (155:23–155:23) | | |
| 156:3–156:16 | Relevance | | |
| 156:19–157:1 | Relevance | | |
| 157:6–157:12 | Relevance | | |
| 157:16–157:23 | Relevance | | |
| 158:2–158:7 | Relevance | | |
| 158:9–159:8 | Relevance | | |
| 163:22–163:25 | None | | |
| 164:4–165:2 | None | | |
| 165:5–165:6 | None | | |
| 178:20–179:18 | None | | |
| 179:24–180:12 | None | | |
| 180:19–182:8 | None | | |
| 182:14–182:18 | None | | |
| 182:21–182:21 | None | | |
| 183:5–183:8 | None | | |
| 183:10–183:11 | None | | |
| 183:15–184:1 | None | | |
| 186:5–186:23 | None | 186:4–186:4 | |
| 187:1–187:3 | None | | |
| 187:10–188:3 | Relevance | | |
| 188:6–189:1 | Relevance (188:6-21) | | |
| 190:3–190:6 | None | | |
| 190:9–190:18 | None | | |
| 190:22–191:8 | None | | |
| 191:13–191:13 | None | 191:14–192:21; 193:4–8; 193:11–14 | Improper speaking objection by counsel (192:4-14) is not evidence |
| 197:16–197:23 | None | 218:1–21 | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HENRY, JOHN 2/12/2014 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 198:4–198:9 | None | | |
| 198:13–198:13 | None | | |
| 219:22–221:2 | None | | |
| 221:4–221:18 | None | | |
| 221:21–221:23 | None | | |
| 222:3–222:10 | None | 222:11–223:4; 223:15-25; 225:2–6; 226:8–18 | Improper speaking objection/testimony by counsel (222:11-18) is not evidence |
| 231:10–231:19 | None | | |
| 231:23–232:8 | None | | |
| 235:9–235:20 | None | | |
| 236:1–236:11 | None | | |
| 236:13–236:13 | None | | |
| 244:12–244:20 | None | | |
| 244:25–245:6 | None | | |
| 245:20–245:24 | None | | |
| 246:3–246:8 | None | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 11:22-12:7 | Lack of foundation (12:6-12:7) | | |
| 12:18-13:20 | Lack of foundation (12:18-12:23) | | |
| 13:23-14:3 | Vague (14:1-14:3) | | |
| 14:6-14:9 | Vague | | |
| 14:12-14:16 | Vague | | |
| 14:18-15:22 | Vague (14:18-14:18); Misstates testimony (15:21-15:22) | | |
| 15:25-16:24 | Misstates testimony (15:25-16:1); Vague (16:23-16:24) | | |
| 17:2-17:6 | Vague | | |
| 17:9-18:18 | Lack of foundation (17:9-17:9) | 18:19-18:19 | |
| 24:20-24:21 | None | | |
| 26:16-27:1 | None | | |
| 27:5-27:7 | None | | |
| 27:10-27:17 | None | | |
| 32:15-32:17 | Vague; Lack of foundation; Assumes facts | | |
| 32:22-32:24 | Vague | | |
| 33:2-33:2 | Vague; Lack of foundation | | |
| 35:5-35:6 | Vague; Lack of foundation | | |
| 35:9-36:4 | Vague (35:9-35:12); Lack of foundation (35:9-35:12) | | |
| 36:21-36:25 | None | | |
| 37:3-37:4 | None | 37:18-37:25 | |
| 67:11-67:14 | Vague; Lack of foundation; Assumes facts | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 67:20-68:1 | Vague (67:20-67:23); Lack of foundation (67:20-67:23); Assumes facts (67:20-67:23) | | |
| 68:3-68:8 | None | | |
| 68:10-68:14 | None | | |
| 68:19-68:23 | Vague (68:21-68:23) | | |
| 69:1-69:1 | Vague | | |
| 69:5-69:18 | None | | |
| 69:21-70:11 | None | | |
| 70:13-71:5 | Vague (70:24-70:25) | | |
| 71:7-71:18 | Vague (71:7-71:7) | | |
| 71:21-72:1 | None | | |
| 102:16-102:18 | None | | |
| 102:24-103:14 | None | | |
| 103:16-103:19 | None | | |
| 103:21-103:24 | None | | |
| 104:1-104:3 | None | | |
| 104:5-104:12 | None | | |
| 104:5-104:20 | None | | |
| 104:23-104:24 | None | | |
| 105:2-105:8 | None | | |
| 105:11-105:18 | None | 105:20-105:21 | |
| 105:22-105:25 | None | | |
| 106:1-106:2 | Vague | | |
| 106:4-106:16 | Vague (106:4-106:9) | | |
| 106:23-108:9 | Vague (108:6-108:9) | | |
| 108:11-108:16 | Vague (108:11-108:12) | | |
| 108:18-108:24 | None | | |
| 109:1-109:13 | Vague; Mischaracterizes document; Lack of foundation; Lack of personal knowledge; No probative value | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 109:23-110:3 | Vague (109:24-110:3); Lack of foundation (109:24-110:3) | | |
| 110:7-110:13 | Vague; Lack of foundation; Calls for legal conclusion | | |
| 110:17-110:17 | Vague; Lack of foundation; Calls for legal conclusion | | |
| 112:20-112:22 | None | | |
| 113:8-113:19 | None | | |
| 119:18-121:5 | None | (starting with "These five") 118:20-119:2 | |
| 121:24-121:25 | None | | |
| 122:3-122:11 | None | | |
| 122:16-122:23 | Relevance (122:16-122:20); Lack of personal knowledge (122:16-122:20); Vague (122:21-122:23) | | |
| 122:25-122:25 | None | | |
| 123:3-123:5 | None | | |
| 123:7-123:16 | Vague (123:15-123:16) | | |
| 123:18-123:25 | Vague (123:22-123:25); Asked and answered (123:22-123:25) | | |
| 124:3-124:7 | Vague (124:6-124:7) | | |
| 124:9-125:3 | Vague (124:9-124:9); Mischaracterizes testimony (125:2-125:3) | | |
| 125:6-125:23 | None | | |
| 153:24-154:1 | None | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 154:6-155:24 | Relevance (155:8-155:20); No probative value (155:8-155:20) | | |
| 156:2-156:9 | None | | |
| 172:2-172:4 | Vague | | |
| 172:9-172:13 | Vague (172:9-172:9) | 172:22-172:23; 173:4-173:11; 173:13-174:8 | |
| 176:14-176:17 | None | | |
| 176:23-177:7 | Lack of foundation (177:5-177:7); Lack of personal knowledge (177:5-177:7) | | |
| 177:10-178:3 | Vague; Lack of foundation | | |
| 178:5-178:6 | Lack of foundation | 180:23-181:3 | |
| 179:23-180:13 | Relevance (180:3-180:5); No probative value (180:3-180:5) | | |
| 182:5-182:9 | Vague; Lack of foundation | | |
| 182:13-182:18 | None | | |
| 183:8-183:14 | None | | |
| 183:17-184:25 | None | | |
| 185:3-185:24 | None | | |
| 186:2-186:23 | Mischaracterizes testimony (186:20-186:23) | | |
| 187:7-187:15 | Mischaracterizes testimony; Asked and answered | | |
| 187:19-187:24 | Mischaracterizes testimony (187:19-187:21) | | |
| 188:2-188:6 | Mischaracterizes testimony | | |
| 188:11-189:2 | Mischaracterizes testimony (188:25-189:2) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 189:5-189:19 | Mischaracterizes testimony (189:5-189:5) | | |
| 195:18-195:22 | Vague; Lack of foundation; Mischaracterizes testimony | | |
| 195:25-195:25 | Vague; Lack of foundation | | |
| 196:3-198:17 | Vague (198:15-198:17) | 233:8-233:13; 233:19-233:19 | vague;  mischaracterizes the testimony; leading |
| 198:21-199:3 | Lack of foundation; Calls for speculation | | |
| 199:6-199:9 | Vague; Lack of foundation | | |
| 199:11-199:21 | Vague; Lack of foundation | | |
| 199:25-200:3 | Vague; Lack of foundation | | |
| 200:6-200:9 | Vague | | |
| 200:15-200:17 | Vague | | |
| 200:19-201:6 | Vague (200:19-200:23; 201:5-201:6) | | |
| 201:8-201:13 | Vague; Calls for legal conclusion | | |
| 201:16-201:22 | Vague; Calls for legal conclusion | | |
| 201:24-201:24 | None | | |
| 202:12-202:22 | None | | |
| 202:25-203:25 | None | | |
| 204:3-204:8 | Lack of foundation; Calls for speculation | | |
| 204:13-204:24 | Calls for speculation (204:13-204:15; 204:22-24) | | |
| 205:2-205:7 | Calls for speculation (205:2-205:2) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 205:10-205:12 | Lack of foundation (205:10-205:11) | 205:14-205:14 | |
| 208:3-208:12 | None | | |
| 208:23-208:25 | Mischaracterizes the document (208:23-208:24) | | |
| 209:2-209:6 | None | | |
| 209:9-210:9 | Lack of foundation (210:4-210:9); Mischaracterizes testimony (210:4-210:9); mischaracterizes document (210:4-210:9) | | |
| 210:19-211:12 | Lack of foundation (210:19-210:25) Mischaracterizes testimony and document (210:19-210:25) | | |
| 211:15-213:2 | Strike (212:12-212:14); Vague (212:24-213:2) | | |
| 213:7-213:17 | Vague | | |
| 213:19-213:23 | Vague; Asked and answered; Calls for legal conclusion | | |
| 214:1-214:15 | Relevance; Strike (214:8-214:9) | | |
| 220:10-220:13 | Relevance | | |
| 220:18-221:2 | Lack of foundation (220:24-221:2) | | |
| 221:5-221:10 | Lack of foundation; Calls for speculation | | |
| 221:13-221:14 | None | | |
| 221:15-221:25 | None | | |
| 222:3-222:5 | Relevance | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| HILGEFORT, SUSANNE 12/7/2015 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 222:6-223:8 | None | | |
| 223:12-224:16 | Lack of foundation; Relevance; No probative value; Calls for speculation | | |
| 224:19-224:19 | Lack of foundation; Relevance; No probative value | | |
| 225:17-226:16 | Lack of foundation; Relevance; No probative value | | |
| 226:19-228:9 | Lack of foundation; Relevance; No probative value | | |
| 228:13-228:14 | Lack of foundation; Relevance; No probative value | | |
| 228:17-229:3 | Vague; Lack of foundation; Calls for speculation; Relevance; No probative value | | |
| 229:7-229:11 | Vague; Lack of foundation; Calls for speculation | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| LEVINE, RANDY 12/19/2013 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 15:15-16:9 | None | | |
| 25:10-18 | Form (25:10-18) | 25:24-26:5 | |
| 26:6-9 | None | | |
| 29:13-15 | None | | |
| 29:20-23 | None | | |
| 30:07:00 | None | | |
| 67:17-68:6 | Hearsay (67:25-68:3); Form (68:4-6) | | |
| 68:9-68:20 | Form (68:9-10); Attorney colloquy is not evidence (68:11-20) | | |
| 68:22-69:6 | Form and no personal knowledge (68:25-69:6) | 69:7 | |
| 76:5-19 | None | | |
| 82:1-83:3 | Form and hypothetical (82:1-15); Form, relevance and hearsay (82:22-83:3) | | |
| 83:6-84:12 | Form, relevance and hearsay (83:6-12); Attorney colloquy is not evidence (83:13-19); Hearsay, relevance (83:20-84:6); Form (84:7-12) | | Plaintiffs agree to remove attorney colloquy at 83:13 to 83:19 |
| 84:15-85:5 | Form (84:15-17); Form, relevance (84:18-85:5) | | |
| 85:9-85:19 | Form, relevance (859-85:19) | | |
| 93:18-94:3 | None | 93:9-11 | |
| 94:7-95:5 | Form and calls for speculation (94:22-95:5) | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| LEVINE, RANDY 12/19/2013 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 95:8-11 | Form and calls for speculation (95:8-11) | | |
| 96:12-15 | Relevance (96:12-15) | | |
| 96:17-97:6 | Relevance (96:17-20) | | |
| 97:9-20 | None | | |
| 101:24-102:15 | No personal knowledge (101:24-102:15) | | |
| 107:9-14 | Form (107:9-14) | | |
| 107:19-108:2 | Form (107:19-108:2) | | |
| 110:18-111:3 | None | | |
| 112:6-16 | None | | |
| 148:21-149:15 | Form (149:14-15) | | |
| 149:18-20 | Vague (149:18-20) | 149:21-24 | |
| 253:18-254:9 | Relevance (253:18-21 through "does the Yankees") | | |
| 256:10-257:4 | None | | |
| 257:13-18 | None | 268:16-19 | Lacks foundation; vague; leading |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| MCFADDEN, DANIEL 12/19/2014 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 18:16-20:20 | Relevance; cumulativeness | | |
| 21:16-22:3 | Relevance; cumulativeness | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| NUTTING, ROBERT 10/28/2015 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 22:24-23:12 | None | | |
| 29:20-30:22 | Relevance; No probative value | If overruled, 68:4-22 | |
| 31:6-31:9 | None | | |
| 40:15-41:25 | None | 42:1-22 | |
| 43:22-44:10 | Relevance; No probative value | | |
| 47:12-53:10 | Hearsay (49:8-14) | | |
| 58:8-60:19 | None | | |
| 62:8-63:7 | Lack of personal knowledge (62:8-63:3); Lack of foundation (63:4-7); Calls for speculation (63:4-7); Lack of personal knowledge (63:4-7) | | |
| 63:11-64:2 | Lack of Foundation; Calls for speculation; Lack of personal knowledge | | |
| 64:5-65:6 | Lack of foundation (64:5-12); Calls for speculation (64:5-12); Lack of personal knowledge (64:5-12) | | |
| 70:17-72:4 | Relevance; No probative value; Lack of personal knowledge | | |
| 73:6-73:25 | None | | |
| 74:4-78:15 | Misstates the testimony (77:10-14); Lack of foundation (77:10-23); | | |
| 80:14-83:24 | Lack of foundation | If overruled, 83:25-84:12 | |

Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)
Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations
December 18, 2015

| NUTTING, ROBERT 10/28/2015 | | | |
|---|---|---|---|
| Affirmative Designation | Objection(s) | Counter Designation(s) | Objection(s) to Counter Designation(s) |
| 84:13-86:3 | None | 86:4-88:18 | |
| 96:3-96:22 | None | | |
| 97:24-100:3 | Hearsay; Relevance | If overruled, 101:24-102:25 | |
| 109:15-111:11 | Lack of foundation; Relevance | | |
| 112:14-114:19 | None | | |
| 116:20-117:3 | None | | |
| 117:7-118:13 | None | | |
| 118:15-120:3 | None | | |
| 132:5-135:5 | None | | |
| 135:18:136:21 | None | | |
| 138:4-139:15 | None | | |
| 140:20-142:1 | None | | |
| 142:11-143:8 | Relevance | | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| TULLY, CHRISTOPHER 11/22/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 15:25–18:14 | None | | |
| 18:15–20:20 | None | | |
| 25:8–25:14 | None | | |
| 42:12–44:8 | Relevance (43:8-12; 44:2) | | |
| 67:14–71:6 | Lack of foundation; Hearsay (68:18-70:17) | If overruled, 71:11–20; 71:22–72:9; 72:12–23 | |
| 99:10–99:12 | None | | |
| 99:14–101:5 | None | 101:6–22 | |
| 113:25–114:3 | None | | |
| 114:5–114:23 | None | | |
| 114:25–115:4 | Vague and ambiguous, Lack of foundation, Calls for speculation | | |
| 115:18–119:16 | None | | |
| 130:4–131:23 | Relevance (130:8) | | |
| 137:7–137:18 | None | | |
| 137:21–138:5 | None | | |
| 138:8–138:9 (partial ending at "requirement") | None | 138:9–14 (partial beginning at "I will . . .") | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| WEINBERG, PHILIP[1] 10/18/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 10:22-25 | None | | |
| 13:25-15:2 | None | 13:12-13:24; 17:22-18:6 | |
| 26:2-14; 26:17-21; 26:23-25; 27:5-8 | Lack of foundation; Lack of personal knowledge; Calls for speculation | 25:19-25; 27:25-28:2; 28:5-7; 28:13-20; 64:7-15; 64:18 | |
| 76:23-79:20; 79:22-80:18; 80:20-81:2-16 | Relevance | 81:17-25; 93:6-19 | |
| 82:15-16; 82:18-21; 82:24-83:18; 83:21-25; 84:2-12; 84:16-20 | Relevance; Calls for speculation (83:2-83:18, 83:21-25; 84:2-12, 84:16-20); Lack of foundation (83:2-83:18, 83:21-25; 84:2-12, 84:16-20) | | |
| 85:6-7; 85:10-16; 85:19-25; 86:2-6; 86:9:15 | Relevance; Lack of foundation; Vague; Mischaracterizes testimony (86:2-6; 86:9:15) | | |
| 87:14-21 | None | | |
| 88:18-89:16 | Relevance | 89:17-18; 89:20-90:4; 90:7-10 | |

**Garber v. Office of the Comm'r of Baseball, No. 12-cv-3704 (SAS) (S.D.N.Y.)**
**Joint Pretrial Order - Attachment D - Plaintiffs' Deposition Designations**
**December 18, 2015**

| WEINBERG, PHILIP[1] 10/18/2013 | | | |
|---|---|---|---|
| **Affirmative Designation** | **Objection(s)** | **Counter Designation(s)** | **Objection(s) to Counter Designation(s)** |
| 90:19-25; 91:2-15; 91:20-92:5; 92:7-11; 92:17-23 | Relevance; Mischaracterizes document (91:5-15; 91:20-92:5); Lack of foundation (92:7-11; 92:17-23); Vague (92:7-11; 92:17-23); Assumes facts not in evidence | | |

[1] These designations are to the transcript as corrected by the Weinberg Deposition Transcript Correction Sheet, dated January 2, 2014.