# LANGER GROGAN & DIVER P.C.

ATTORNEYS AT LAW
1717 ARCH STREET
SUITE 4130
PHILADELPHIA, PA 19103
PHONE: 215-320-5660
FAX: 215-320-5703

HOWARD LANGER
JOHN J. GROGAN*
EDWARD A. DIVER
IRV ACKELSBERG
PETER LECKMAN†

GEOFFREY C. HAZARD, JR.††
OF COUNSEL

2263 CALIFORNIA STREET
SAN FRANCISCO, CA 94115
415-292-6535
ghazard@langergrogan.com

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CALIFORNIA
††ADMITTED IN CALIFORNIA ONLY

PETER E. LECKMAN
DIRECT DIAL (215) 320-0876
pleckman@langergrogan.com

January 5, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/16

**Via ECF**

Hon. Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Garber, et al. v. Office of the Commissioner of Baseball, et al.*, 12-cv-3704 (SAS)

Dear Judge Scheindlin:

Plaintiffs respectfully request leave to file the enclosed four-page reply memorandum in response to Defendants' Opposition To Plaintiffs' Motion *In Limine* #2 (ECF Nos. 487). Plaintiffs do not intend to file reply memoranda in support of their other motions *in limine*. Plaintiffs believe the proposed reply will aid the Court in evaluating the parties' positions, and thus respectfully ask that the Court indicate its approval of this request by endorsing this letter.

Sincerely,

Peter E. Leckman

PEL/gg
cc: All Counsel (via email)

*[Handwritten endorsement:]* This one and only one reply memorandum is accepted for filing

So Ordered,
[signature] USDJ
1/5/16