UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, ROBERT SILVER, GARRETT TRAUB, and VINCENT BIRBIGLIA, representing themselves and all others similarly situated,

        Plaintiffs,

- against -

OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,

        Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/16

**ORDER**

12-cv-3704 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The trial in this case will commence on January 19, 2016 at 10:00 AM in Courtroom 15(C).

SO ORDERED:

*/s/ Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           January 5, 2016

- Appearances -

**For Plaintiffs**:

Howard Langer, Esq.
Ned Diver, Esq.
Peter Lackman, Esq.
Langer Grogan & Diver PC
Three Logan Square, Suite 4130
1717 Arch Street
Philadelphia, PA 19103
(215) 320-5663

Jeffrey Dubner, Esq.
Cohen Milstein Sellers & Toll
1100 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 408-4699

**For Comcast Defendant**:

Arthur Burke, Esq.
David Toscano, Esq.
Andrew DeLaney, Esq.
Katherine Marshall, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

**For DIRECTV Defendant**:

Melissa Ingalls, Esq.
Tammy Tsoumas, Esq.
John Vazquez, Esq.
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

(213) 680-8552

**For MLB Defendant**:

Beth Wilkinson, Esq.
Daniel Toal, Esq.
William Durbin, Esq.
Paul Weiss Rifkind Wharton &
Garrison LLP
2001 K Street NW, 5th Floor
Washington, DC 20006
(202) 233-7300

**For the New York Yankees Partnership Defendant**:

Christopher Duffy, Esq.
Boies Schiller & Flexner LLP
575 Lexington Ave.
New York, NY 10022
(212) 446-2300

**For the Yankees Entertainment & Sports Networks (YES) Defendant**:

John Schmidtlein, Esq.
Williams & Connelly LLP
725 Twelfth Street NW
Washington, DC 20005
(202) 434-5000