USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF AN APPLICATION TO

BRING PERSON ELECTRONIC DEVICE(S) OR

GENERAL PURPOSE COMPUTING DEVICE(S)

INTO THE COURTHOUSES OF THE

SOUTHERN DISTRICT OF NEW YORK FOR

USE IN A PROCEEDING OR TRIAL

---

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468 as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and support staff are authorized to bring the Personal Electronic Devices and the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *Garber v. Office of the Commissioner of Baseball, et al.*, No. 12-3704 (SAS). The dates for which such authorization is provided are January 11, 2016, January 15, 2016, and January 19, 2016 through February 6, 2016.

| Attorney/Support Staff | Device(s) |
| --- | --- |
| 1. John Bracken, Esq. | 1 Cell Phone, 1 Laptop Computer |
| 2. Edward Diver, Esq. | 1 iPhone, 1 iPad |
| 3. Jeffrey Dubner, Esq. | 1 iPhone, 1 Laptop Computers |
| 4. Marc Gross, Esq. | 1 iPhone, 1 Laptop Computer |
| 5. John Int-Hout (Technology Support Staff) | 1 Cell Phone, 2 Laptops, 1 USB Monitor, 2 Docking Stations, peripherals for use with the laptops and docking stations |
| 6. Adam Kurtz, Esq. | 1 iPhone, 1 Laptop Computer with 1 Verizon Wi-fi Jet Pack peripheral |
| 7. Howard Langer, Esq. | 1 Cell Phone, 1 iPad |
| 8. Robert LaRocca, Esq. | 1 Cell Phone, 1 Laptop Computer |
| 9. Peter Leckman, Esq. | 1 Cell Phone, 1 Laptop Computer |
| 10. Joshua Snyder, Esq. | 1 iPhone, 1 Laptop Computer |
| 11. Ali Szemanski (Paralegal) | 2 Cell Phones, 2 Laptop Computers |
| 12. Kevin Trainer (Paralegal) | 1 Cell Phone, 1 Tablet, 1 Laptop Computer |

The attorneys and support staff identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its

Environs constitutes a certification by the attorney or support staff individual that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: January 8, 2016

_____
Shira A. Scheindlin
United States District Judge