UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, ROBERT SILVER, GARRETT TRAUB, and VINCENT BIRBIGLIA, representing themselves and all others similarly situated

        Plaintiffs,

v.

OFFICER OF THE COMMISSIONER OF BASEBALL, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/16
```

Civil Action No. 12-cv-3704 (SAS)

**PROPOSED ORDER**

  I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide counsel for the parties in *Garber* v. *Office of the Commissioner of Baseball, et al.*, No. 12-3704 (SAS), with Internet connectivity and Remote Real Time Transcript feeds for the duration of the trial proceedings, set to begin on Tuesday, January 19, 2016. Courtroom Connect can proceed to make arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

Dated: January 11, 2016

                _____
                JUDGE SHIRA A. SCHEINDLIN